# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
_ATlanTa_ _____ DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 12 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

_Willie Bruce BryanT_
(Print your full name)

Plaintiff *pro se*,

v.

_RL Carriers_ _____

_____

_____

(Print full name of each defendant; an
employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

**1:22-CV-4888**

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

## Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

   _____   Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

   **NOTE**: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

_____ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

✓ Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____ Other (describe) _____

_____

_____

_____

_____

_____

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## **Parties**

3.   Plaintiff.   Print your full name and mailing address below:

Name   Willie Bruce Bryant

Address   2047 Cliffton terrace Snellville GA
30039

4.   Defendant(s).   Print below the name and address of each defendant listed
on page 1 of this form:

Name   RL Carriers

Address   2975 Ellenwood Road
Ellenwood GA 30294

Name

Address


Name

Address


## **Location and Time**

5.   If the alleged discriminatory conduct occurred at a location <u>different</u> from the
address provided for defendant(s), state where that discrimination occurred:

6. When did the alleged discrimination occur? (State date or time period)

_July 7, 2022_

**Administrative Procedures**

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency? _✓_ Yes _____ No

    If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

    _✓_ Yes _____ No

    If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: _December 6 2022_

9. If you are suing for **age discrimination**, check one of the following:

    _____ 60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

    _____ Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

Page 4 of 9

10.    If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

      _____ Yes      _____ No      \_\_✓\_\_ Not applicable, because I was not an employee of, or applicant with, a State agency.

      If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____

_____

_____

_____

11.    If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

      _____ Yes      _____ No      \_\_✓\_\_ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

      If you checked "Yes," describe below what happened in that administrative process:

_____

_____

_____

_____

**Nature of the Case**

12.   The conduct complained about in this lawsuit involves (check only those that apply):

   _____   failure to hire me
   _____   failure to promote me
   _____   demotion
   _____   reduction in my wages
   _____   working under terms and conditions of employment that differed
             from similarly situated employees
   _____   harassment
   _____   retaliation
   ___✓___   termination of my employment
   ___✓___   failure to accommodate my disability
   _____   other (please specify) _RL Carriers refused to allow_
   _Mr Bryant after doctors cleared him to return to full du_

13.   I believe that I was discriminated against because of (check only those that apply):

   _____   my race or color, which is _____
   _____   my religion, which is _____
   _____   my sex (gender), which is _____ male _____ female
   _____   my national origin, which is _____
   _____   my age (my date of birth is _____)
   ___✓___   my disability or perceived disability, which is:

             _Deep Vein Thrombosis , Blood Clots_

   _____   my opposition to a practice of my employer that I believe violated
             the federal anti-discrimination laws or my participation in an
             EEOC investigation

   _____   other (please specify) _____

             _____

14.   Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

1.
Mr. Bryant was hired by RL Carriers in April 2022 as a pickup and Delivery City Driver.

2.
Mr. Bryant suffers from DVT or Blood Clots. On or about June 30, 2022 Mr. Bryant was hospitalized because he developed a new blood clot in his Right Leg (lower-calf). This is a work related illness due to sitting in the Truck for extended periods of time, it is a life threatening illness managed by taking blood thinners.

3.
Mr Bryant was being treated under a workers compensation claim. RL Carriers gave Mr Bryant a panel of physicians to choose from to receive treatment. Mr Bryant chose Concentra. Mr Bryant was released from Wellstar Medical of Atlanta's CARE on July 1, 2022, and written out of work until July 7 2022 when he would be reassessed.

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

4.

Concentra reassessed Mr Bryant and determined him to be fit for duty. Mr Bryant was given a doctors note returning him back to full duty and directing him to do daily prescription therapy, during his hospital stay at Wellstar medical of Atlanta Mr. Bryants medication (Blood thinners) was changed from Brilinta to Eliquis 5 miligrams to be taken twice a day, it was also recommended that Mr Bryant follows up with his cardiologist to advise him of the change in medication. At no time relevant to this complaint was Bryant under the care of his cardiologist.

5.

Mr Bryant provided his doctors note to Jim Fishpaw Vice President of HR so that he could return back to work.

6.

Mr Bryant received a call from dispatch to report to work at 10:30 a.m., Dispatch then called Mr. Bryant back and told him not to report to work because his driver's code was Out Of Service.

7.

Mr Bryant reached out for clarification on whether he could return back to work or not.

8.

Mr. Fishpaw informed Mr. Bryant that he could not return back to work because he needed a doctors note specifically stating if He had: any specific restrictions with or without a request for an accommodation(s) or indicating that He does not have any restrictions that would prevent him from performing his duties and responsibilities as a driver.

9

Mr. Bryant contacted Concentra to obtain a revised doctors note. Concentra refused to provide a revised doctors note as the language Mr. Fishpaw was asking to be put in the note was not needed for Mr. Bryant, as Concentra had already indicated on the original doctors note that Mr. Bryant was released from care to full duty work.

10.

Mr. Bryant informed Mr Fishpaw that Concentra would not revise his doctors note.

11.

Mr. Fishpaw informed Mr. Bryant that he could not come back to work and laughed telling Mr Bryant well go get a different note from your cardiologist

12

Mr. Bryant was not under the care of his cardiologist, for the injury he sustained on the job on June 30, 2022 Mr. Bryant Under the care of RL Carriers worker compensation doctors at Concentra in which he was cleared to return to full duty work on July 7, 2022 by RL Carriers doctors.

13

Mr. Fishpaw Vice President of HR for RL Carriers did not allow Mr. Bryant back to work telling him his driver's code was out of service terminating Mr. Bryant employment on July 7, 2022.

14

Mr. Bryant filed for unemployment benefits on July 10, 2022 with the Georgia Dept of Labor and collected benefits for about a month (letter attached)

15

Mr. Bryant accepted an offer with the Hub Group on or about August 2022 as a Truck driver, since the change in medication Mr. Bryant has not developed any new blood clots.

16

Concentra advised RL Carries on June 30 2022 in writing that this was a new work related injury. RL Carries refused to file a workers compensation claim on Mr. Bryants behalf. 'letter attached'

17

During his tenure with RL Carries Mr. Bryant performed his job at a High-level Mr. Fishpaw managers told him that they would put Mr. Bryant up against any driver in the industry. There was absolutely no evidence whatsoever that Mr. Bryant could not perform his duties and responsibilities as a driver. Mr. Bryant performed as well as his non-disabled peers. Mr. Bryant is able to perform the essential functions and his fundamental Job duties. Mr. Bryant did not require any accommodations, other than being allowed to work.

18

Count One

RL Carriers return to work Policy discriminates against individual with disabilities Mr Bryants Treating Physicians which are RL Carriers doctors at Concentra cleared Mr. Bryant to return to full duty work and said that the language Mr Fishpaw wanted to be put in the return work note was not needed. Mr Fishpaw told Mr Bryant his drivers code was Out of Service terminating his employment not allowing Mr Bryant to work because of his disability and/or perceived disability in violation of ada act 1990

19

Count two

Mr Bryant unlawfully terminated by RL Carriers because of his disability and/or perceived disability. ada act 1990 violation.

20

documents in support of this complaint are attached

21

Counts 1 and 2 incorporates paragraphs 1-17 herein which occurred on June 30, 2022 and July 7, 2022.

15.   Plaintiff _____ still works for defendant(s)

   _____✓_____ no longer works for defendant(s) or was not hired

16.   If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?   ✓ Yes   _____ No

      If you checked "Yes," please explain: _RL Carriers refused_ _to allow Mr Bryant to return to work_ _after being reassesed on July 7, 2022 and cleared_ _by his treating physician RL Carriers doctors_ _at Concentra return to work note attached_

17.   If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial?   ✓ Yes   _____ No

## <u>Request for Relief</u>

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

____✓____ Defendant(s) be directed to _Comply with the_ _ADA act 1990 as amended_

____✓____ Money damages (list amounts) _$100 million dollars_ _Back pay with intrest and punitive damages_

____✓____ Costs and fees involved in litigating this case

____✓____ Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this _12_ day of _December_, 20 _22_

_Willie Bruce Bryant_
(Signature of plaintiff *pro se*)

_Willie Bruce Bryant_
(Printed name of plaintiff *pro se*)

_2047 Clifton terrace_
(street address)

_Snellville Georgia 30039_
(City, State, and zip code)

_Willie.BryantB@icloud.com_
(email address)

_678. 907. 5839_
(telephone number)

EEOC

Exhibit

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Atlanta District Office**
100 Alabama Street. SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 12/06/2022

**To:** Mr. Willie B. Bryant
2047 cliffton terrace
SNELLVILLE, GA 30039
Charge No: 410-2022-04897

EEOC Representative and email:     Farkhunda Akhtar
Sr. Federal Investigator
FARKHUNDA.AKHTAR@EEOC.GOV

### DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2022-04897.

On behalf of the Commission,

Digitally Signed By:Darrell Graham
12/06/2022

Darrell Graham
District Director

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | **410-2022-04897** |
| | | and EEOC |

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Mr. Willie B. Bryant | 678-907-5839 | |

Street Address

2047 clifton terrace

SNELLVILLE. GA 30039

Named is the Employer, Labor Organization, Employment Agency. Apprenticeship Committee. or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| R-L Carriers | Unknown Number Of Employees | |

Street Address

2975 Forest Parkway

ELLENWOOD, GA 30294

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Disability | 06/30/2022 | 07/07/2022 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally Signed By: Mr. Willie B. Bryant** **09/27/2022** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| *Charging Party Signature* | |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 410-2022-04897 |

|  |  | and EEOC |
|---|---|---|
| | *State or local Agency, if any* | |

I. I was hired by the above employer in April 2022 as a Pickup and Delivery City Driver. I have a permanent medical condition. On or about June 30, 2022, I was hospitalized due to my medical condition for an injury I sustained while on the job. I was being treated under a workers compensation claim and the above employer gave me panel of physicians to choose from to receive treatment. I chose Concentra. I was released from care on July 1, 2022 and written out of work until July 7, 2022 when I would be reassessed. On July 7, 2022, Concentra reassessed me and determined me to be fit for duty. I was given a doctors note returning me back to work to full duty and directing me to do daily prescription therapy. I provided my doctors note to the VP of HR so that I could return back to work. I received a call from dispatch at 10:30 a.m. to report to work. Dispatch then called me to tell me that I could not report to work because my driver code was out of service. I reached out for clarification on whether I could return back to work or not. The VP of HR informed me that I could not return to work because I needed a doctors note specifically stating if I had: any specific restrictions, with or without a request for an accommodation(s), or indicating that I do not have any restrictions that would prevent me from performing my duties and responsibilities as a driver. I contacted Concentra to obtain a revised doctors note. Concentra refused to provide a revised doctors note as Concentra had already indicated on the original doctors note that I was released to full duty work. I informed the VP of HR that Concentra would not revise my doctors note. The VP of HR informed me that I could not come back to work and that I should see my own primary care doctor to get a different doctors note. I could not get treatment from my own doctor regarding a workers comp injury. The above employer did not allow me to return back to work and I was terminated. II. I believe that I was terminated based on my disability and/or perceived disability in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally Signed By: Mr. Willie B. Bryant** 09/27/2022 | |
| *Charging Party Signature* | SUBSCRIBED  AND  SWORN  TO  BEFORE  ME  THIS  DATE  (*month, day, year*) |

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Atlanta District Office

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
(404) 562-6800
TTY (404) 562-6801
FAX (404) 562-6946

## MEDIATION CONFIRMATION

### November 7, 2022

| | | |
|---|---|---|
| MEDIATOR | : | Barry E. Brown |
| CHARGE NUMBER | : | 410-2022-04897 |
| CHARGING PARTY | : | Willie Bryant |
| RESPONDENT | : | R-I Carriers |

This is to confirm that a mediation session has been scheduled for **December 1, 2022 at 10:00 a.m. via Zoom video conference or telephonically.**

Please return the enclosed **ATTENDANCE NOTIFICATION** form within five (5) days of the scheduled mediation. This information may be shared with all parties attending the mediation session. Parties are reminded that persons with authority to resolve the charge and/or their representatives, if any, should attend the mediation. Informational copies of the **AGREEMENT TO MEDIATE** and the **CONFIDENTIALITY AGREEMENT** are also enclosed. Both parties will be required to sign these agreements at the mediation conference, before we begin.

Any settlement agreement signed as a result of the mediation process is legally binding on the parties and enforceable by the Commission. All disclosures made during the mediation shall be treated as confidential, except that imminent or actual threats of harm to one's self or others will be reported to the appropriate authorities. If a settlement is reached as a result of the mediation, I am required to report to EEOC any benefits received. As noted in the confidentiality agreement, this information is reported to the EEOC only for the purpose of providing aggregate data for the evaluation of the mediation program.

If you have any questions do not hesitate to call me at 470-531-4815, or by email at barry.brown@eeoc.gov

Sincerely,

*/S/*

Barry E. Brown
Mediator

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Atlanta District Office

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
(404) 562-6800
TTY (404) 562-6801
FAX (404) 562-6909/6910

## MEDIATION ATTENDANCE NOTIFICATION

MEDIATOR           :   Barry E. Brown

CHARGE NUMBER      :   410-2022-04897

CHARGING PARTY     :   Willie Bryant

RESPONDENT         :   R-I Carriers

The following individuals will attend the mediation conference on **December 1, 2022 at 10:00 a.m. via Zoom video conference or telephonically.**

NAME                          TITLE

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

Please provide the name, title and phone number of the person with authority to sign a Settlement Agreement, pursuant to a resolution of the charge during the mediation conference:

--------------------------------------------------------------------------------
  Name                        Position              (Area Code)   Telephone No.

## SPECIAL ACCOMMODATIONS NEEDED

An individual attending the mediation has a disability that will require an accommodation or has another need that must be addressed in order to participate in the mediation.  [] Yes        [] No

If yes, please describe the accommodation or other need.

_____

_____

**Please email the above information to barry.brown@eeoc.gov, within five days prior to the scheduled mediation.**

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Atlanta District Office

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
(404) 562-6800
TTY (404) 562-6801
FAX (404) 562-6909/6910

### AGREEMENT TO MEDIATE

MEDIATOR           :   Barry E. Brown

CHARGE NUMBER      :   410-2022-04897

CHARGING PARTY     :   Willie Bryant

RESPONDENT         :   R-I Carriers

1. This is an agreement by the parties to participate in a mediation involving the CHARGING PARTY and RESPONDENT in the above referenced charge. The parties understand that mediation is a voluntary process, which may be terminated at any time.

2. The parties and, if they desire, their representatives and/or attorneys, are invited to attend a mediation session.  No one else may attend without the permission of the parties and the consent of the mediator(s).

3. The mediator(s) will not function as the representative of either party. However, the mediator(s) may assist the parties in understanding their rights and the terms of any proposed settlement agreement. Each party acknowledges being advised to seek independent legal review prior to signing any settlement agreement.

4. The Parties acknowledge that they have received a copy of the Mediation Fact Sheet.

5. The parties acknowledge that the mediator(s) possesses the discretion to terminate the mediation at any time if an impasse occurs or the case is deemed inappropriate for mediation.

6. The parties recognize that mediation is a confidential process and agree to abide by terms of the attached confidentiality agreement.

7. The parties acknowledge that if a settlement is reached as a result of the mediation, the assigned mediator(s) is required to report to EEOC any benefits received. This information is reported for purposes of providing aggregate data to the EEOC for Alternative Dispute Resolution program evaluation purposes.

| | | | |
|---|---|---|---|
| Charging Party | Date | Respondent | Date |
| Charging Party's Representative | Date | Respondent's Representative | Date |
| Charging Party's Representative | Date | Respondent's Representative | Date |
| Charging Party's Representative | Date | Respondent's Representative | Date |

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Atlanta District Office

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
(404) 562-6800
TTY (404) 562-6801
FAX (404) 562-6909/6910

### CONFIDENTIALITY AGREEMENT

MEDIATOR            :  Barry E. Brown

CHARGE NUMBER       :  410-2022-04897

CHARGING PARTY      :  Willie Bryant

RESPONDENT          :  R-I Carriers

1. The parties agree to participate voluntarily in mediation in an effort to resolve the charge(s) filed with the EEOC.

2. The parties agree that all matters discussed during the mediation are confidential, unless otherwise discoverable, and cannot be used as evidence in any subsequent administrative or judicial proceeding. Confidentiality, however, will not extend to threats of imminent physical harm or incidents of actual violence that occur during the mediation.

3. Any communications between the ADR Coordinator and the mediator(s) and/or the parties are considered dispute resolution communications with a neutral and will be kept confidential.

4. The parties agree not to subpoena the mediator(s) or compel the mediator(s) to produce any documents provided by a party in any pending or future administrative or judicial proceeding. The mediator(s) will not voluntarily testify on behalf of a party in any pending or future administrative or judicial proceeding. The parties further agree that the mediator(s) will be held harmless for any claim arising from the mediation process.

5. All information including all notes, records, or documents generated during the course of the mediation shall be destroyed at the conclusion of the session. EEOC will not maintain any such notes or records as part of its record keeping procedures.

6. If a settlement is reached by all the parties, the agreement shall be reduced to writing and when signed shall be binding upon all parties to the agreement. If the charge(s) is not resolved through mediation, it is understood by the parties that the charge(s) will be transferred to the investigative unit for further processing.

Charging Party _____ Date _____      Respondent _____ Date _____

Charging Party's Representative _____ Date _____   Respondent's Representative _____ Date _____

Charging Party's Representative _____ Date _____   Respondent's Representative _____ Date _____

Charging Party's Representative _____ Date _____   Respondent's Representative _____ Date _____

Return to Work
Exhibit

CMC-Airport North Hapeville

3580 Atlanta Ave  Hapeville, GA 30354

Phone:  404-768-3351          Fax:  404-763-2002

Claim Number:

Service Date: 07/02/2022

Case Date: 06/09/2022

## Work Activity Status Report

| | | |
|---|---|---|
| Patient: Willie Bryant | Last 4 Digits of SSN: xxx-xx-4702 | Date of Birth: 12/20/1967 |
| Address: 2047 Clifton Terrace  SNELLVILLE, GA 30039 | Employer Location: R&L Carriers-Atlanta | Contact: Misty Urton |
| | Address: 2975 Forest Pkwy Ellenwood , GA 30294-3516 | Role: Unspecified |
| Home: (678) 907-5839 (H) | | Phone: 800-543-5589 |
| Work: (770) 368-4200 (W) | Authorized by: | Fax: 937-382-2677 |

---

**THIS VISIT**          Visit Type: Recheck

Treating Clinician: Joseph Pough, PA-C

Time In:  10:00:00 AM CST   Time Out:  11:00:26 AM CST

Diagnoses:

Pain of back and left lower extremity (M54.9)

History of DVT (deep vein thrombosis) (Z86.718)

Medications:

☐ Dispensed prescription medication

☐ Dispensed over the counter medication

☐ Medication for prescribed

---

## PATIENT STATUS

**Employer Notice:** The prescribed activity recommendations are suggested guidelines to assist in the patient's treatment and rehabilitation. Your employee has been informed that the activity prescription is expected to be followed at work and away from work.

Treatment Status:

Returning for follow-up:  3-5 days

Treatment Status Comment: 07/05/2022 - we will continue to monitor patient

Work Status:

No work

There are restrictions not related to this injury.

Activity Prescription:

Key: **Occasionally** = up to 3 hrs/day; **Frequently** = up to 6 hrs/day; **Constantly** = up to 8 hours or greater per day

The patient was recently started on a new medication for a medical condition not related to the work injury and we will have the patient f/u with PMD and who will manage the patient's treatment.

Based on the Department of Labor definitions

---

| NEXT VISIT(S) | Visit Date and Time: | Visit Type: | | | Clinician |
|---|---|---|---|---|---|
| | | Medical | Therapy | Specialist | |
| **Patient Notice:** It is essential to your recovery that you keep your scheduled appointments, but should you need to reschedule or cancel, please contact the clinic. Thank you for your cooperation. | 07/07/2022 06:00 AM | ☑ | ☐ | ☐ | Joy M Hamilton, MD |
| | | ☐ | ☐ | ☐ | |
| | | ☐ | ☐ | ☐ | |
| | | ☐ | ☐ | ☐ | |
| | | ☐ | ☐ | ☐ | |
| | | ☐ | ☐ | ☐ | |

Work Activity Status Report

©Concentra, Inc.* 2019. All rights reserved. Confidential. Revised 07/0913

**Concentra**

CMC-Airport North Hapeville

3580 Atlanta Ave  Hapeville, GA 30354

**Service Date:** 07/07/2022

**Claim Number:**        **Phone:** 404-768-3351      **Fax:** 404-763-2002      **Case Date:** 06/09/2022

# Work Activity Status Report

| | | |
|---|---|---|
| **Patient:** Willie Bryant | **Last 4 Digits of SSN:** xxx-xx-4702 | **Date of Birth:** 12/20/1967 |
| **Address:** 2047 Cliffton Terrace  SNELLVILLE, GA 30039 | **Employer Location:** R&L Carriers-Atlanta | **Contact:** Misty Urton |
| | **Address:** 2975 Forest Pkwy Ellenwood , GA 30294-3516 | **Role:** Unspecified |
| **Home:** (678) 907-5839 (H) | | **Phone:** 800-543-5589 |
| **Work:** (770) 368-4200 (W) | **Authorized by:** | **Fax:** 937-382-2677 |

---

**THIS VISIT**        **Visit Type:** Recheck        **Time In:** 05:49:00 AM CST   **Time Out:** 06:04:47 AM CST

**Treating Clinician:** Karrie Pusateri, N.P.

**Diagnoses:**
Pain of back and left lower extremity (M54.9)
History of DVT (deep vein thrombosis) (Z86.718)

**Medications:**
☐ Dispensed prescription medication
☐ Dispensed over-the-counter medication
☐ Medication(s) prescribed

---

## PATIENT STATUS

**Employer Notice:** The prescribed activity recommendations are suggested guidelines to assist in the patient's treatment and rehabilitation. Your employee has been informed that the activity prescription is expected to be followed at work and away from work.

**Treatment Status:**

Released from Care.

**Work Status:**

Return to full work/activity today
Patient may work their entire shift

**Activity Prescription:**
Key: **Occasionally** = up to 3 hrs/day; **Frequently** = up to 6 hrs/day; **Constantly** = up to 8 hours or greater per day

Based on the Department of Labor definitions

---

**NEXT VISIT(S)**        **Visit Date and Time:**        **Visit Type:**        **Clinician:**

| | Medical | Therapy | Specialist |
|---|---|---|---|
| **Patient Notice:** It is essential to your recovery that you keep your scheduled appointments, but should you need to reschedule or cancel, please contact the clinic. Thank you for your cooperation. | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ |

©Concentra, Inc.® 2019. All rights reserved. Confidential. Revised 070819.

**Concentra**

# Concentra

Date of Service: 06/30/2022
Date of Injury:   06/09/2022

Attn: Amber Ary
R&L Carriers
PO Box 271
Wilmington, OH 451770271

Dear Amber Ary :

Your employee Willie B. Bryant received treatment for a new work
related injury at our CMC - Atl Airport Hapeville clinic on 6/30/2022.

The billings for this injury care will be sent to CorVel 6966 .  Please help us provide
the best care to your injured employee by filing the Employer's First Report of Injury with
your carrier, if not already filed.  This will ensure timely reporting and management of
this workers' compensation claim.

If you have any questions or the above information is incorrect, please call our office or
fax any changes to the attention of the Billing Department.

Sincerely,


CMC - Atl Airport Hapeville
Central Business Office
800-686-0468
404-968-3201

Georgia Dept of Labor

Exhibit

DOL-442B1(R-02/17
NM2006

GEORGIA DEPARTMENT OF LABOR
CLAIMS EXAMINER'S DETERMINATION

SSN _____ ***-**-4702 _____

BYB _____ 07/10/22 _____

CWB _____ 07/10/22 _____

ACCT# 816193-16

GEORGIA DEPARTMENT OF LABOR
APPEALS TRIBUNAL
148 ANDREW YOUNG INT'L BLVD NE, STE 525
ATLANTA, GA  30303-1734
EMAIL: appeals@gdol.ga.gov
FAX:  404-232-3901 OR 404-232-3902

CLAIMANT

WILLIE B BRYANT
2047 CLIFFTON TER
SNELLVILLE GA    30039

EMPLOYER

R&L CARRIES PAYROLL LLC
2975 ELLENWOOD ROAD
ELLENWOOD  GA  30294

## SECTION I - CLAIM DETERMINATION

Benefits are allowed as of 07/10/22.

## SECTION II - LEGAL BASIS FOR DETERMINATION

Section 34-8-194 (2) (A) of the Employment Security Law says that you cannot be paid unemployment benefits if you were fired from your most recent employer for not following your employer's rules or orders. In addition, you may not be paid unemployment benefits if you were fired for failing to perform the duties for which you were hired, if that failure was within your control. You also cannot be paid benefits if you were suspended for any of these same reasons. The law says that your employer has to show that discharge or suspension was for a reason that would not allow you to be paid unemployment benefits. If you cannot be paid unemployment benefits under this section of the law, you may qualify at a later time. To do this, you must find other work and earn wages covered under unemployment law. The covered wages must be at least ten times the weekly amount of your claim. If you then become unemployed through no fault of your own, you may reapply for unemployment benefits.

## SECTION III - REASONING

You were fired for failing to obey rules, orders, instructions or the established procedures of your employer when you provided a medical release document. You have stated you did not fail to comply. For you to be disqualified, your employer must show that you failed to work as required. Your employer has not done so. Therefore, you can be paid unemployment benefits.

## SECTION IV - ACCOUNT CHARGEABILITY

NOTICE TO EMPLOYER:

## SECTION V - APPEAL RIGHTS

NOTE: This determination will become final unless you file an appeal by 08/17/22 . If you wish to file an appeal, submit a request online at dol.georgia.gov, in writing by email to appeals@gdol.ga.gov, or fax to 404.232.3901 or 404.232.3902. If you file an appeal you must continue to report on your claim as instructed, or you will not be paid if you win your appeal. Refer to the Claimant Handbook for more details.

Dear ~~Willie E. Bryant~~

Hub Group Dedicated, LLC ("the Company") is pleased to extend to you a *conditional* offer of full-time employment for the position of Driver. Subject to the terms and conditions described below, we would like you to join the Company on a date to be mutually determined.

It is very important for you to understand that this offer is conditioned upon successful completion of the following:

- Verification of your complete and accurate employment and driving performance history
- Verification that you have a valid CDL in your state of residency when Orientation begins
- A DOT physical examination conducted by a company specified and approved examiner or a current medical certification that is properly linked to your CDL and has an expiration date more than 90 days from your hire date
- Negative results on both the DOT and non-DOT pre-employment drug screens directed by Hub Group Trucking
- Passing a company evaluated road test
- Successful completion of Orientation and Training

Should you join the Company as a Driver, you will be paid weekly in accordance with the rates in effect at your location, as detailed during the recruiting process. Of course, these payments will be subject to applicable tax and other deductions.

You will receive our comprehensive benefits package, which includes health and life insurance (at the appropriate health insurance co-share arrangement), disability insurance, 401(k), paid holidays, and vacation. These benefits are subject to any eligibility requirements as set forth in the Company's policies.

Employment with the Company is on an "at will" basis, which means that either you or the Company can terminate the employment relationship at any time and for any reason. This offer and your acceptance shall be construed under the laws of the State of Tennessee. The Company reserves the right to change the terms and conditions in the future.

As part of the employment process, we are required by law to document proof that all employees are authorized to work in the United States. **To satisfy this requirement, please refer to the attached "List of Acceptable Documents," from the Employment Eligibility Verification Form (I-9), which lists specific types of documents that are suitable for identification and employment authorization. It is extremely important that you bring appropriate documentation to Orientation.**

You will be contacted within two business days to schedule your orientation with the Company. In the meantime, if you have any questions regarding the content of this document, or any questions in general, please reach out to **RECRUITER NAME** AT **PHONE NUMBER AND EMAIL**. Again, congratulations!

Sincerely,

Accepted: _____

Michele McDermott                     Date: _____ **08-05-2022** _____
Chief Human Resources Officer

## LISTS OF ACCEPTABLE DOCUMENTS All documents must be UNEXPIRED

Workers Compensation

Exhibit

Fwd: Benefits

Willie Bryant <willie.bryantb@icloud.com>
Sun 12/11/2022 1:36 PM
To: Ods00591Cpc <ods00591cpc@officedepot.com>
[CAUTION: EXTERNAL SENDER]

Sent from my iPhone

Begin forwarded message:

> **From:** Willie Bryant <willie.bryantb@icloud.com>
> **Date:** December 11, 2022 at 12:23:28 PM EST
> **To:** officedepot@printme.com
> **Subject: Fwd: Benefits**

Sent from my iPhone

Begin forwarded message:

> **From:** Willie Bryant <willie.bryantb@icloud.com>
> **Date:** December 8, 2022 at 2:31:27 PM EST
> **To:** Debra Espy <debra.espy@rlcarriers.com>, Jim Fishpaw
> <Jim.Fishpaw@rlcarriers.com>, Michael Meredith
> <Michael.Meredith@rlcarriers.com>, tmatl@rlc.com,
> sarah.vollman@rlcarriers.com, Loree Fauley <loree.fauley@rlcarriers.com>
> **Subject: Benefits**

Mr Fishpaw
Benefits have sent me and ADAAA packet.

Mr Fishpaw you terminated my employment on July 7, 2022 in violation of the ADA act.

I was being treated under a workers comp claim for a injury that I sustained on the job on June 30, 2022.

I was hospitalized because I developed a new blood clot in my right leg.

Concentra physicians advised you in writing that this was a work related injury.

I was released from WellStar hospital on July 1, 2022 and written out of work until July 7, 2022.

RL Carriers doctors at Concentra were the treating physicians and cleared me to return full duty work on July 7, 2022.

I provided you with a return to work note from my treating physician which are RL Carriers doctors at Concentra.

Mr Fishpaw we spoke telephonically on July 7, 2022  and you told me that my driver's was code was out of service you refused to allow me to return to work terminating my employment.

> On Jul 7, 2022, at 3:49 PM, Jim Fishpaw
> <Jim.Fishpaw@rlcarriers.com> wrote:
>
>
> Mr. Bryant:
>
> Yes, as per our conversation, you are correct that the treating Physician at Concentra Urgent Care, or your Cardiologist with whom you have a scheduled appointment with on July 14, 2022, will need to provide you with a return to work note that indicates any specific restrictions, with or without a request for an accommodation(s), or with indicating you do not have any restrictions that would prevent you from performing your duties and responsibilities as a driver before you can return to full duty work.
>
> Sincerely,
>
> Jim
>
> James A. Fishpaw
> Vice President of Human Resources
> jfishpaw@rlcarriers.com
> (800) 543-5589 extension 1804
> (817) 524-8550 - Cell
> (937) 283-6209 - Fax

Mr Fishpaw I advised you that Concentra physician said that this language in the return to work note was not needed for me to return to work.

You laughed at me and told me to go get it from my cardiologist.

At no time relevant to the injury I sustained on the job on June 30, 2022 was I under the care of my cardiologist.

RL Carriers return to work policy discriminates against individuals with disabilities.

Benefits requested an update I will be suing RL Carriers for the malicious reckless indifference against individuals with disabilities for my unlawful termination which occurred on July 7, 2022.

I have exhausted all of my administrative remedies.

I filed a charge of discrimination with the EEOC on September 27, 2022.

After a unsuccessful mediation on December 1, 2022.

On December 2, 2022 I requested a right to sue letter.

The EEOC issued a right to Sue letter on December 6, 2022.

Respectfully
Willie Bruce Bryant


Sent from my iPhone

Fwd: Update

Willie Bryant <willie.bryantb@icloud.com>
Sun 12/11/2022 1:36 PM
To: Ods00591Cpc <ods00591cpc@officedepot.com>
[CAUTION: EXTERNAL SENDER]


Sent from my iPhone

Begin forwarded message:

> **From:** Willie Bryant <willie.bryantb@icloud.com>
> **Date:** December 11, 2022 at 12:22:49 PM EST
> **To:** officedepot@printme.com
> **Subject:** Fwd: Update


Sent from my iPhone

Begin forwarded message:

> **From:** Willie Bryant <willie.bryantb@icloud.com>
> **Date:** December 9, 2022 at 9:38:25 AM EST
> **To:** sarah.vollman@rlcarriers.com, Jim Fishpaw <Jim.Fishpaw@rlcarriers.com>,
> Michael Meredith <Michael.Meredith@rlcarriers.com>, tmatl@rlc.com, Loree
> Fauley <loree.fauley@rlcarriers.com>
> **Subject:** Update


Ms. Vollman  re. Director of Benefits

I am in receipt of the ADAAA packet postmarked December 1, 2022.

I was being treated for a workers comp claim injury that I sustained on the job
on June 30, 2022.

I spoke with Sheila Louis telephonically on June 30, 2022 RL Carriers worker's
Comp. claims adjuster.

Miss Louis told me that I only could be treated by choosing a physician from
the panel of Worker's Comp physicians.

You are aware that I chose to be treated at Concentra urgent care located in Hapeville Georgia.
RL Carriers authorized the treatment and subsequently refused to assist me with filing a workers comp claim after the treating physicians at Concentra urgent care advised RL Carriers that this was a work related injury.

My treating physician at Concentra urgent care cleared me to return to full duty work on July 7, 2022 and RL Carriers Terminated my employment on July 7, 2022.

The sending out of the ADAAA packets is just a litigation strategy.

So that it would appear that RL Carriers is engaging in an interactive process in order to finesse the courts.

RL Carriers discriminated against me and terminated my employment on July 7, 2022 because of my disability and/or my perceived disability.

Respectfully

Willie Bruce Bryant
Sent from my iPhone



# STATE BOARD OF WORKERS' COMPENSATION
270 Peachtree Street NW, Suite 500
Atlanta, Georgia 30303-1299
www.sbwc.georgia.gov
(770) 531-5625

REFERENCE ID: 20815924
DATE: August 16, 2022
CLAIM NUMBER:     2022-070656
                  2022-060841

CASE OF:  WILLIE B. BRYANT
DATE OF INJURY:   06/30/2022
                  06/09/2022

---

WILLIE B. BRYANT                          EMPLOYEE
2047 CLIFTON TERRACE
SNELLVILLE, GA 30039

R&L CARRIERS, INC.                        EMPLOYER
2975 FOREST PKWY
ELLENWOOD, GA 30294

HARTFORD ACCIDENT & INDEMNITY CO          INSURER
ONE HARTFORD PLAZA
HARTFORD, CT 06155

CORVEL ENTERPRISE COMP                    CLAIMS OFFICE
P.O. BOX 898
DULUTH, GA 30096



# STATE BOARD OF WORKERS' COMPENSATION
601 Broad Street, SE
Suite D
Gainesville, GA 30501
www.sbwc.georgia.gov
(770) 531-5625

REFERENCE ID: 20774157
DATE:  July 29, 2022
PRESIDING ALJ:  DAVID K IMAHARA
CLAIM NUMBER:

| | |
|---|---|
| CASE OF:  WILLIE B BRYANT | |

CLAIM NUMBER:      2022-070656      DATE OF INJURY:     06/30/2022
                                2022-060841                                     06/09/2022

WILLIE B BRYANT                                EMPLOYEE
2047 CLIFTON TERRACE
SNELLVILLE, GA 30039

R&L CARRIERS                                  EMPLOYER
2975 FOREST PKWY
ELLENWOOD, GA 30294

R&L CARRIERS, INC.(ELLENWOOD)          EMPLOYER
2975 FOREST PKWY
ELLENWOOD, GA 30294

HARTFORD ACCIDENT & INDEMNITY          INSURER
COMPANY
ONE HARTFORD PLAZA
HARTFORD, CT 06155

CORVEL ENTERPRISE COMP                CLAIMS OFFICE
PO BOX 898
DULUTH, GA 30096

WC-14 NOTICE OF CLAIM

# GEORGIA STATE BOARD OF WORKERS' COMPENSATION

Check only one:☐ NOTICE OF CLAIM ONLY. ☐ REQUEST HEARING / NOTICE OF CLAIM   ☐ REQUEST FOR MEDIATION / NOTICE OF CLAIM
Complete a new Form WC-14 to add an additional employer, insurer or to add date of injury.
If you need additional space, do not alter this form, but instead attach additional sheets.  Must be typed or printed in black ink.

| Board Claim No. | Employee Last Name | | Employee First Name | MI | Date of Injury |
|---|---|---|---|---|---|
| | Bryant | | Willie | B | 6.30.2022 |

## A. CLAIM INFORMATION

**EMPLOYEE**

| Birthdate | County of Injury | Mailing Address |
|---|---|---|
| 12.20.1967 | Hall | 2047 Clifton terrace |

Employee E-mail: willie.bryantb@icloud.com
City: Snellville  State: GA  Zip Code: 30039

**EMPLOYER**  Name: R+L Carriers

**INSURER/ SELF- INSURER**  Name: Hartford  SBWC# (five digit #): 10089

Mailing Address: 2975 Forest PKWY
City: Ellenwood  State: GA  Zip Code: 30294
Employer E-mail:

Insurer Mailing Address: 1 Hartford Plaza
City: Hartford  State: CT  Zip Code: 06155
Insurer E-mail:

| ATTORNEY FOR EMPLOYEE/CLAIMANT | Name | | ATTORNEY FOR EMPLOYER/INSURER | Name | |
|---|---|---|---|---|---|
| Mailing Address | | GA Bar Number | Mailing Address | | GA Bar Number |
| City | State | Zip Code | City | State | Zip Code |
| Attorney E-mail | | | Attorney E-mail | | |

| 1. Part of Body Injured | 2. First Date Disabled | 3. If Fatal – Enter complete date of death |
|---|---|---|
| Right lower leg | 6.30.2022 | Claimants for death benefits (list names & addresses) attach additional sheets |

4. Description of Accident: DVT Bloodclot from sitting Driving Truck 4139

## B. HEARING / MEDIATION ISSUES

☑ Income Benefits
☐ TTD(Dates)
☐ TPD(Dates)
☑ PPD(Dates) 6.30.2022

☑ Medical Benefits    List Benefits:

☐ Suspension / Termination Request    Effective Date
Reason:

☐ Dependency Benefits    ☐ Burial Expenses

☐ Penalties / Assessed Attorney Fees
☐ §34-9-221e   ☐ §34-9-108b (1)   ☐ §34-9-108b(2)   ☐ Other

☐ Request for Catastrophic Designation    Specify:

☐ Appeal of Rehabilitation Decision    Specify:

☑ Other Hearing Issues   Specify: R+L Carriers refused to file report of injury 6.30.2022

☐ Additional Board Claim Numbers which will be involved (if any):
(Complete a separate form WC-14 for each date of accident)

*[Stamp: RECEIVED JUL 11 2022 STATE BOARD ... COMPENSATION]*

## C. AFFIRMATION OF FILING PARTY

☑ I, [the person whose name appears above], attest and affirm that all information contained herein is true and correct to the best of my knowledge. I understand that knowingly giving false information to obtain or deny workers' compensation benefits subjects me to civil and criminal penalties.

## D. ENTRY OF APPEARANCE

☐ I hereby certify to the existence of a valid fee contract in compliance with Board Rule 108 or a Form WC-102B in compliance with Board Rule 102. (fee contract or WC-102B has been previously filed or is attached)

## E. CERTIFICATE OF SERVICE

☐ I hereby certify that I have today sent a copy of this form to all of the parties and have sent this form to the State Board of Workers' Compensation, 270 Peachtree St., NW, Atlanta, Georgia  30303-1299.

| Print Name | Signature | Date |
|---|---|---|
| Willie Bruce Bryant | Willie Bruce Bryant | 7.6.2022 |
| Phone Number 678 907 5839 | E-mail willie.bryantb@icloud.com | |

IF YOU HAVE QUESTIONS PLEASE CONTACT THE STATE BOARD OF WORKERS' COMPENSATION at 404-656-3818 OR 1-800-533-0682 OR VISIT http://www.sbwc.georgia.gov

WILLFULLY MAKING A FALSE STATEMENT FOR THE PURPOSE OF OBTAINING OR DENYING BENEFITS IS A CRIME SUBJECT TO PENALTIES OF UP TO $10,000.00 PER VIOLATION (O.C.G.A. §34-9-18 AND §34-9-19).

Ollie Bruce Bryant
2047 Cliff Jan Terrace
Snellville Ga 30039



Attn. State board of Workers Compensation
270 Peachtree Street Northwest

Atlanta, Georgia
30303



**WC-14 NOTICE OF CLAIM**

# GEORGIA STATE BOARD OF WORKERS' COMPENSATION

Check only one: ☐ NOTICE OF CLAIM ONLY  ☑ REQUEST HEARING / NOTICE OF CLAIM  ☐ REQUEST FOR MEDIATION / NOTICE OF CLAIM

Complete a new Form WC-14 to add an additional employer, insurer or to add date of injury.
If you need additional space, do not alter this form, but instead attach additional sheets. Must be typed or printed in black ink.

| Board Claim No. | Employee Last Name | Employee First Name | M.I. | Date of Injury |
|---|---|---|---|---|
| 2022 060 841 | Bryant | Willie | B | 6.9.2022 |

## A. CLAIM INFORMATION

| EMPLOYEE | Birthdate 12.20.1967 | County of Injury Clayton | Mailing Address 2047 Cliffton Terrace | | |
|---|---|---|---|---|---|
| Employee E-mail Willie.bryantb@icloud.com | | | City Snellville | State GA | Zip Code 30039 |

| EMPLOYER | R-L Carriers | INSURER/ SELF-INSURER | Name Hartford | | SBWC# (five digit #) 10089 |
|---|---|---|---|---|---|
| Mailing Address 2975 Forest Pkwy | | Mailing Address 1 Hartford Plaza | | | |
| City Ellenwood | State GA | Zip Code 30294 | City Hartford | State CT | Zip Code 06155 |
| Employer E-mail Jim.Fishop@rlcarriers.com | | | Insurer E-mail Sheila_Louis@Corvel.com | | |

| ATTORNEY FOR EMPLOYEE/CLAIMANT | Name | | ATTORNEY FOR EMPLOYER/INSURER | Name Corvel Corporation | |
|---|---|---|---|---|---|
| Mailing Address | | GA Bar Number | Mailing Address P.O. Box 898 | | GA Bar Number |
| City | State | Zip Code | City Duluth | State GA | Zip Code 30096 |
| Attorney E-mail | | | Attorney E-mail Sheila_Louis@Corvel.com | | |

| 1. Part of Body Injured lower left (CALF) leg | 2. First Date Disabled 6.9.2022 | 3. If Fatal – Enter complete date of death Claimants for death benefits (list names & addresses) attach additional sheets |
|---|---|---|
| 4. Description of Accident Driving Truck PS38 normal duties sitting | | |

## B. HEARING / MEDIATION ISSUES

| ☑ Income Benefits | ☐ TTD(Dates) | ☑ Medical Benefits  List Benefits: |
|---|---|---|
| | ☐ TPD(Dates) | Treatment + Medication |
| | ☐ PPD(Dates) | |
| | | ☐ Suspension / Termination Request    Effective Date |
| ☐ Dependency Benefits | ☐    Burial Expenses | Reason: |
| ☐ Penalties / Assessed Attorney Fees | | |
| ☐ §34-9-221e   ☐ §34-9-108b (1)   ☐ §34-9-108b(2)   ☐ Other | | |

| ☐ Request for Catastrophic Designation | Specify: | ☐ Appeal of Rehabilitation Decision | Specify: |
|---|---|---|---|
| ☑ Other Hearing Issues | Specify: Please combine with Hearing August 24, 2022 | Additional Board Claim Numbers which will be involved (if any): ☑ 2022 070 656   6.30.2022 (Complete a separate form WC14 for each date of accident) | |

## C. AFFIRMATION OF FILING PARTY

☑ I, [the person whose name appears above], attest and affirm that all information contained herein is true and correct to the best of my knowledge. I understand that knowingly giving false information to obtain or deny workers' compensation benefits subjects me to civil and criminal penalties.

## D. ENTRY OF APPEARANCE

☐ I hereby certify to the existence of a valid fee contract in compliance with Board Rule 108 or a Form WC-102B in compliance with Board Rule 102.
(fee contract or WC-102B has been previously filed or is attached)

## E. CERTIFICATE OF SERVICE

☑ I hereby certify that I have today sent a copy of this form to all of the parties and have sent this form to the State Board of Workers' Compensation, 270 Peachtree St., NW, Atlanta, Georgia 30303-1299.

| Print Name Willie B. Bryant | Signature Willie B Bryant | Date July 19, 2022 |
|---|---|---|
| Phone Number 678 907 5839 | E-mail Willie.bryantb@icloud.com | RECEIVED JUL 19 2022 STATE BOARD OF WORKERS COMPENSATION ATLANTA |

IF YOU HAVE QUESTIONS PLEASE CONTACT THE STATE BOARD OF WORKERS' COMPENSATION AT 404-656-3818 OR 1-800-533-0682 or visit http://www.sbwc.georgia.gov

WILLFULLY MAKING A FALSE STATEMENT FOR THE PURPOSE OF OBTAINING OR DENYING BENEFITS IS A CRIME SUBJECT TO PENALTIES OF UP TO $10,000.00 PER VIOLATION (O.C.G.A. § 34-9-18 AND 34-9-19).

| WC-14 | REVISION 12/2018 | 14 | NOTICE OF CLAIM |
|---|---|---|---|

me

30294

(This notice must be posted in a conspicuous place readily accessible to the employee at all times.)

# PANEL OF PHYSICIANS

## OFFICIAL NOTICE

This business operates under the Georgia Workers' Compensation Law.

## WORKERS MUST REPORT ALL ACCIDENTS IMMEDIATELY TO THE EMPLOYER BY ADVISING THE EMPLOYER PERSONALLY, AN AGENT, REPRESENTATIVE, BOSS, SUPERVISOR, OR FOREMAN.

If a worker is injured at work, the employer shall pay medical and rehabilitation expenses within the limits of the law. In some cases the employer will also pay a part of the worker's lost wages.

Work injuries and occupational diseases should be reported in writing whenever possible. The worker may lose the right to receive compensation if an accident is not reported within 30 days (see O.C.G.A. § 34-9-80).

The employer will supply free of charge, upon request, a form for reporting accidents and will also furnish, free of charge, information about workers' compensation. The employer will also furnish to the employee, upon request, copies of board forms on file with the employer pertaining to an employee's claim.

A worker injured on the job must select a doctor from the list below. The minimum panel shall consist of at least six physicians, including an orthopedic surgeon with no more than two physicians from industrial clinics (see O.C.G.A. § 34-9-201). Further, this panel shall include one minority physician, whenever feasible (see Rule 201 for definition of minority physician). The Board may grant exceptions to the required size of the panel where it is demonstrated that more than four physicians are not reasonably accessible. One change to another doctor from the list may be made without permission. Further changes require the permission of the employer or the State Board of Workers' Compensation.

**State Board of Workers' Compensation**
270 Peachtree Street, N.W.
Atlanta, Georgia 30303-1299
404-656-3818
or 1-800-533-0682
http://www.sbwc.georgia.gov

| | | |
|---|---|---|
| Peachtree Occupational Medicine<br>*Occupational Medicine/Urgent Care*<br>1901 Phoenix Blvd, Ste 205<br>College Park, GA 30349<br>(404) 425-1212<br>name/address/phone | Concentra Medical Centers<br>*Occupational Medicine/Urgent Care*<br>3580 Atlanta Ave.<br>Hapeville, GA 30354<br>(404) 768-3351<br>name/address/phone | Caduceus Occupational Medicine<br>*Occupational Medicine*<br>535 N Central Ave<br>Hapeville, GA 30354<br>(404) 761-4040<br>name/address/phone |
| Nova Medical Centers<br>*Occupational Medicine*<br>1005 Virginia Ave Ste 100<br>Hapeville, GA 30354<br>(404) 762-1001<br>name/address/phone | Regenerative Ortho & Spine Institute, PC<br>*Orthopedics/Orthopedic Surgery*<br>135 N Park Place, Ste 101<br>Stockbridge, GA 30281<br>(770) 892-0273<br>name/address/phone | Peachtree Orthopaedic-College Park<br>*Orthopedics/Orthopedic Surgery*<br>1901 Phoenix Blvd Ste 200<br>College Park, GA 30349<br>(404) 355-0743<br>name/address/phone |
| Nova Medical Center-Atlanta FIB<br>*Occupational Medicine*<br>4795 Fulton Industrial Blvd SW Ste F<br>Atlanta, GA 30336<br>(404) 267-5700<br>name/address/phone | Piedmont Henry Hospital<br>*Hospital*<br>1133 Eagles Landing Pkwy<br>Stockbridge, GA 30281<br>(678) 604-1000<br>name/address/phone | |



(Additional doctors may be added on a separate sheet.)

The insurance company providing coverage for this business under the Workers' Compensation Law is:

The Hartford
Name

| | | |
|---|---|---|
| One Hartford Plaza<br>address | Hartford, CT 06115 | (866) 467-8730<br>phone |

IF YOU HAVE QUESTIONS PLEASE CONTACT THE STATE BOARD OF WORKERS' COMPENSATION AT 404-656-3818 OR 1-800-533-0682 OR VISIT http://www.sbwc.georgia.gov

Willfully making a false statement for the purpose of obtaining or denying benefits is a crime subject to penalties of up to $10,000.00 per violation (O.C.G.A. §34-9-18 and §34-9-19)

WC-P1 (7/2021)

# Concentra

Date of Service: 06/30/2022
Date of Injury:   06/09/2022

Attn: Amber Ary
R&L Carriers
PO Box 271
Wilmington, OH 451770271

Dear Amber Ary :

Your employee Willie B. Bryant received treatment for a new work
related injury at our CMC - Atl Airport Hapeville clinic on 6/30/2022.

The billings for this injury care will be sent to CorVel 6966 .  Please help us provide
the best care to your injured employee by filing the Employer's First Report of Injury with
your carrier, if not already filed.  This will ensure timely reporting and management of
this workers' compensation claim.

If you have any questions or the above information is incorrect, please call our office or
fax any changes to the attention of the Billing Department.

Sincerely,


CMC - Atl Airport Hapeville
Central Business Office
800-686-0468
404-968-3201



llie R Bryant

xe7 cliffton terrace

ellville, GA  30039




U.S. POSTAGE PAID
FCM LG ENV
STONE MOUNTAIN, G
30087
JUL 19 22
AMOUNT

**$1.44**

R2301D155578-71

1028

30303

State Board of Workers Compensation

270 Peachtree Street. NorthWest

Atlanta, GA 30303





*Your **Global**Transportation Provider*

July 7, 2022

**FOR YOUR RECORDS**

**VIA PRIORITY MAIL**
Willie Bryant
2047 Cliffton Terrace
Snellville, GA 30039

Re:     Leave of Absence as an ADAAA Accommodation

Dear Willie:

This letter is in follow up to our recent conversation regarding your request for leave as an accommodation due to your indicated physical or mental impairment.  Enclosed is the *ADAAA: Healthcare Provider Certification Form.* You must complete *Section II* of the form.  Your treating physician must complete section III of the *Certification Form.*

**You must return the completed form by <u>07/27/2022</u>.**  If you fail to return the completed forms within the 15-day period, your time off work will be considered an unexcused absence and you may be subject to disciplinary action, up to and including termination.

**You must provide me with an update on your return-to-work status immediately following each appointment with your treating physician.**  In addition, written certification from your treating physician that you may return to work with or without restrictions must be submitted before you will be permitted to return to work.

Should you have any questions, please feel free to contact us at 800-543-5589, extension 2584.

Sincerely,

The Benefits Department
R+L Carriers Shared Services, LLC

*Effective 01/21/2022*



600 Gillam Road
P.O. Box 271
Wilmington, OH 45177-0271



**GLOBAL LOGISTICS`**

315 North East 14th Street
Ocala, FL 34470
866.314.7750

Employee Name: Willie Bryant

 **ADAAA: HEALTHCARE PROVIDER CERTIFICATION FORM**

### Section I: For Completion by R+L Benefits Department

**DATE:** July 7, 2022

**EMPLOYEE NAME:** Willie Bryant

**EMPLOYEE NUMBER:** 105229

**EMPLOYEE ADDRESS:** 2047 Cliffton Terrace

Snellville, GA 30039

**EMPLOYEE PHONE:** 678-907-5839

**DEPARTMENT/DIVISION:** ATL/ Operations

---

### Section II: For Completion by the Employee

Please complete *Section II* before giving this form to your medical provider. The ADA permits an Employer to require reasonable documentation to establish whether or not you have a disability and whether that disability requires reasonable accommodation. *See* EEOC Enforcement Guidance on Reasonable Accommodation and Undue Hardship Under the Americans with Disabilities Act, at Question 6, EEOC Notice No. 915.002 (Oct. 17, 2002), available at https://www.eeoc.gov/policy/docs/accommodation.html#N_48_. By submitting this form to your medical provider, you authorize your provider to release the completed form, which may contain protected health information (PHI), as defined by HIPAA and similar state laws, to the administrators of the ADA at R+L. You may rescind authorization at any time; however, failure to provide information necessary to evaluate your leave request will impact its approval.

**EMPLOYEE NAME:** _____ (Print) **DATE:** _____

_____ (Signature)

**EMPLOYEE'S RELEVANT JOB DUTIES TO EXTENT JOB TITLE DOES NOT ADEQUATELY DESCRIBE:**

_____

_____

_____

*Effective 01/21/2022*

Employee Name: Willie Bryant

_**Section III: For Completion by the Healthcare Provider**_

**Part A: Healthcare Provider Identifying Information**

NAME OF TREATING
HEALTHCARE PRACTITIONER: _____

HEALTHCARE PRACTITIONER'S
PRACTICE/MEDICAL SPECIALTY: _____

HEALTHCARE PRACTITIONER'S
BUSINESS ADDRESS: _____

HEALTHCARE PRACTITIONER'S
CONTACT INFORMATION:   Telephone: _____   Fax: _____

**Part B: Medical Facts Regarding the Employee**

**IMPORTANT NOTE TO HEALTH CARE PROVIDER:**   When answering these questions, please do not take into consideration any ameliorative effects of mitigating measures, such as medications, medical supplies, equipment, or appliances, low-vision devices (which do not include ordinary eyeglasses or contact lenses), prosthetics including limbs and devices, hearing aids and cochlear implants or other implantable hearing devices, mobility devices, or oxygen therapy equipment and supplies; use of assistive technology; reasonable accommodations or auxiliary aids or services; or learned behavioral or adaptive neurological modifications.

1.   Does the Employee have a physical or mental impairment?   ☐Yes  ☐No

   A.   Please state the type of impairment/diagnosis: _____

   B.   What is the duration or expected duration of the impairment/diagnosis?_____
        _____

2.   Does the Employee's impairment **substantially** limit any major life activities (i.e., caring for oneself, performing manual tasks, seeing, hearing, eating, sleeping, walking, standing, lifting, bending, speaking, breathing, learning, reading, concentrating, thinking, communicating, and working)?   ☐Yes  ☐No

   A.   If yes, which major life activities are substantially limited: _____
        _____

   B.   Describe how this Employee is substantially limited in each major life activity identified above as compared to the way in which an average person in the general population can perform that activity. Such information can include how the Employee is restricted as to the condition, manner, or duration under which that activity can be performed:
        _____
        _____

2

Employee Name: Willie Bryant

3.  Have you placed medical restrictions on the Employee for this impairment?   ☐ Yes  ☐ No

    A.  If yes, what are the restrictions? _____
        _____

    B.  Are the above medical restrictions: ☐ permanent; or ☐ temporary

    C.  If temporary, these restrictions will ☐ expire on _____ ;
        or ☐ be revaluated on: _____.

4.  A.  Can the Employee perform all job functions without restrictions:   ☐ Yes  ☐ No

    B.  Which job functions, if any, cannot be performed in light of the Employee's impairment or medical
        restrictions: _____
        _____

    C.  For how long will the Employee be unable to perform these job functions?
        _____

5.  Describe any accommodations that would allow the Employee to be able to perform those job functions:
    _____
    _____

    A.  If medical leave is a possible accommodation listed above, please provide an estimated duration for the
        leave: _____

6.  Would performing any of the job functions listed result in a direct safety or health threat to the Employee or

    other people (co-workers, members of the general public, etc.)?   ☐ Yes  ☐ No

    If yes, which job function(s) would pose such a threat: _____
    _____

    The direct safety or health threat posed: _____
    Any reasonable accommodations that would eliminate the direct safety or health threat, or reduce it to an
    acceptable level: _____
    _____
    _____

Employee Name: Willie Bryant

7.       Additional comments: _____

_____

_____        _____        _____
Signature of Medical Provider                Title                                    Date

Printed Name and Address:

_____

_____

**GINA Notification to Health Care Providers:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of employees or their family members. In order to comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

4840-9985-7319.1

---

This packet must be completed and returned by the end of business on July 27, 2022.
The Benefits Department
R+L Carriers Shared Services, LLC
Phone: 800-543-5589, ext. 2584
Fax (secure): 937-283-3796
leave@rlcarriers.com

---



## Physical Demands Analysis

| Job Title | Pick-Up & Delivery Driver (P&D) |
|---|---|
| Job Summary | Driving assigned local delivery or peddle route at his or her domicile service center in a safe and productive manner. Pick-up and/or delivery assignments are customer specific and may include commercial and/or residential freight appointments, swaps, inter-company transfers of freight between rail yards and partner carriers as required to ensure service standards. Drivers are expected to maintain well groomed, business-like appearance and to abide by company uniform dress code as required and practical. |
| Job/Work Schedule | Start shift typically between 5a.m. and 11 a.m. until all applicable deliveries and pick-ups are completed; average 9-9.5 hours each shift/day.  Typical day ends no later than 8:30 p.m. |
| Scheduled/Unscheduled Breaks | Routine breaks are taken as needed while driving to include: safety, coordinated meal and rest, heat or cold recovery, mandatory,  and are adhered to as outlined by the company handbook and the Department of Transportation. All routine breaks are considered paid work time unless otherwise specified by applicable, state-specific company handbook policy. |
| Overtime | Job/Work Schedule overtime pay is not required as reference in the Motor Carrier Act |
| Physical Demand Requirement of Job* | Heavy |

*Based on Dictionary of Occupational Title's Physical Demand Characteristics of Work

| Date of Analysis | 8/5/2019 |
|---|---|
| Evaluator | Kari Downey, CEAS, CRC |
| GENEX *Solving the Cost/Care Equation* | |

## Essential Functions

*The position includes, but may not be limited to the following.*

| | Description |
|---|---|
| 1. | Paperwork: Before departing service center to complete assigned route, must receive and review applicable manifest(s), pay sheet(s) and gate pass.  All paperwork must be checked against loaded freight in trailer  and  is generally verified by total freight and vehicle weight and may be validated by onsite or vendor scales..  Review HAZMAT requirements according to specific load manifest(s). This process takes approximately 20 minutes. |
| 2. | Hooking Up: Once paperwork and placarding is confirmed, hook assigned trailer(s) and dolley(ies) to tractor |
| 3. | Pre/Post Trip Inspections: Complete daily pre and post trip safety and vehicle maintenance inspections of all pieces of assigned equipment (i.e. tractor, trailer(s) and dolley(ies)) specific to every specific work assignment. |
| 4. | Drive Route: Once all of the above is complete, climb up into cab and leave yard to begin designated work assignment; work assignment may involve intermittent or prolonged driving in a seated position.  Must interact with customers at the time of delivery and/or pick-up and involves administration of related paperwork to include money management for freight transportation or product payments. |
| 5. | Unload/load: Unload/unload trailer using manual or electric pallet jack, two-wheeled hand cart at commercial customer dock.  Residential, and some commercial, customers require use of lift gate in back of straight truck or trailer. |

## Job Tasks & Physical Demands

| Job Task Description | Physical Demands / Tools & Equipment |
|---|---|
| Paperwork:<br>Collect paperwork in dispatch office or on dock.  Review manifest, pay sheet, bill of lading and any applicable Hazardous Material(s) "HAZMAT" paperwork  for the specific load.  Obtain gate pass. Check load weight on  trailer(s) matches paperwork. | • Required documents weigh a negligible amount |
| Hooking Up:<br>Climb up into cab using 3-point contact and start engine. Back up tractor in front of trailer.  May need to get in/out of tractor multiple times to reach desired trailer  height. Listen for confirmation that 5th wheel latched properly.  Hook up  air | • Need two (2) hands to hook up air hoses, one to insert and the other to guide into place<br>• Raising landing gear requires turning crank 40 times in one direction, lowering is 40 times in the opposite direction.  This requires use of both hands, one up and |



| | |
|---|---|
| hose and 7-way electrical cord. Perform visual check and confirm 5th wheel latch, go under truck to visually inspect trailer is hooked up properly. Raise landing gear using crank. As required, may use converter dolly for doubles or triples. Dolly has wheels on one end, hook on opposite end. Back trailer up to dolly and attach. Use this to connect the assigned trailers together. Hook up electrical and air hoses for both assigned trailers. | one down. Crank is turned 20+ times as required for each daily work assignment. Crank handle is 39" at the highest point and requires 15 lbs of force. <br> • Hook onto trailer at 35" high <br> • Full size trailers are 53 feet, smaller "pup" trailers are 28 feet long |
| **Pre- and Post-Trip Inspection** <br> Perform pre-trip inspections of all equipment prior to starting route. Utilize checklist to confirm everything has been inspected. <br>   1) Open hood to perform visual check on fluids and engine, check for any leaks; pull up oil stick to check oil levels, close and re-latch hood <br>   2) Check tires (pressure and tread) and lights <br>   3) Check freight is secure <br>   4) Unlatch safety chains on side of trailer that hold back door open, swing door shut, lock into cleat on top and bottom, repeat on both sides. <br> Use radio, personal or company cell phone or company or customer land line to call to safety department to report any damage discovered during pre-trip. Type of damage will determine next steps and ability to begin route. Perform pre-trip every time new trailer is hooked up. | • 25-30 lbs to open truck hood depending on truck model and age. Completed two (2) times for each tractor used. <br> • Latch handle on back door is at 58", door opened/closed average of 40 times/day <br> • May stand on tires and bend over to visually check parts inside engine <br> • Tires are 42" high <br> • Air and electrical hoses are at 55" & 61" <br> • Performed two (2) times pershift, pre-trip and post-trip for each piece of equipment used. |
| **Drive Route:** <br> Use 3 point contact to get into cab including steps, handle on cab door and "grab" handle/bar. Local or "city" driving to customers locations, call ahead to determine which dock to park for unloading. Exit cab to unlock and open back to expose freight. Unlock and lock latch as needed. Every time trailer is switched, perform pre-trip duties again. Occasionally may manually unload truck at customers' dock using pallet jack. Meet with customers, obtain signature on delivery and secure payment(s), as required. Remain in constant contact with Dispatch for route changes and any new pick-ups scheduled in real time. <br> Obtain customer signature on paperwork along with date and time. Pick up receipt for delivery from customer. Manage COD's including cash and checks. Turn in collected COD's at end of shift to the office. <br> Use company cell phone, Mobile Data Terminal (MDT) or customer land line for communication to and from customers and dispatch. | • Cab height is 50" <br> • Use 3-point contact and 2-3 steps to enter cab, steps are at 15", 18" & 17" into truck bed <br> • Cab door handle is 10" long located at 57-67" above ground <br> • In/out of cab 50-60 times throughout shift <br> • Back door handle is 55" high and requires 5 lbs to push up or pull down. Type of handle varies. <br> • Trailer height from ground is 13.6 feet <br> • Height from floor deck to roof is 9.5 feet <br> • Fuel tank is at 36" <br> • Petal force is negligible due to air breaks <br> • Seat adjustments are located on left side of seat <br> • Company cell phone, company or customer landline, Mobile Data Terminal (MDT) or 2-way radio |

Job Images





























| Job Title | Pick-Up & Delivery Driver (P&D) |
|---|---|

## Work Environment / Environmental Conditions

| | Yes | No | Description |
|---|---|---|---|
| Personal Protective Equipment(PPE) | X | | Steel-toed shoes; safety glasses while on dock, gloves provided if needed, |
| Chemical Exposure | X | | Possible Hazardous Material "HAZMAT" leak(s) or spill(s) while enroute |
| Confined Spaces (29 CFR 1910.146) | X | | Crawling, kneeling, squatting under truck and in tight spaces in engine |
| High Elevations (≥ 4' above floor level) | | X | |
| Temperature Exposure (Heat/Cold) | X | | Operating vehicle in all weather conditions |
| Work Near Moving Machinery | | X | |
| Work Near Powered Industrial Trucks | X | | Domicile or customer Dock, forklift |
| Near Visual Acuity (Clarity ≤ 20in.) | X | | Paperwork, engine parts, pre-trip inspection |
| Far Visual Acuity (Clarity ≥ 20ft.) | X | | Driving and observing surroundings, traffic, etc. |
| Color Vision | X | | DOT minimum is red, yellow and green traffic signal |
| Depth Perception | X | | Getting in/out of cab at 50" |
| Feel/Touch (Perceiving object attributes) | | X | |

## Physical Demand Summary

| TASKS | FREQUENCY N/I/O/F/C | DESCRIPTION / TOOLS & EQUIPMENT |
|---|---|---|
| **LIFTING/FORCE** | | |
| 0 to 5 lbs. | O | Small items such as paperwork or cell phone |
| 6 to 10 lbs. | N | |
| 11 to 25 lbs. | N | |
| 26 to 50 lbs. | N | |
| 51 to 100 lbs. | I | Shift specific equipment required lifting one end of converter dolly and pushing into place under trailer hitch |
| Floor - Waist (1"-41") | N | |
| Waist - Shoulder (41"-54") | N | |
| Shoulder – Overhead (55"-85") | N | |
| Total Body Push / Pull | I - F | Rarely/Infrequent use of the Converter Dolly, weighing 80 lbs, the closer truck is backed up to dolly the shorter the distance to lift/pull; push/pull of back door to open/close requires 5 lbs. Opening hood is 15-20 lbs. Frequent pulling driver weight up into cab using 3 point contact (over 80x/shift) |
| Upper Extremity Push/Pull | N | |
| **POSITIONAL TASKS** | | |
| Overhead Reaching | O | Driving (storage areas for paperwork, optional) |
| Horizontal Reaching | F | F= Pre-Trip, I = Driving (dashboard controls including radio) |
| Bending / Squatting | F | Pre-Trip |
| Kneeling | F | Pre-Trip |
| Supine-lying | I | Pre-Trip |
| Crawling | I | Possible during pre-trip although not typically required |
| Twisting | F | Pre-trip |
| Foot Controls | F | While driving only |
| **UPPER EXTREMITY** | | |
| Simple Grasping | C | R ☒ / L ☒   Steering wheel, radio, phone while driving; hoses during hook up, oil stick during pre-trip |
| Firm/Power Grip | F | R ☒ / L ☒   Crank during pre-trip; converter dolly during hook up |
| Fine Manipulation/Pinch Grip | I | R ☒ / L ☒   Clips |
| Flexion/Extension/Deviation | F | R ☒ / L ☒   Pre-trip and hooking |
| Hand/Arm Vibration | C | R ☒ / L ☒   Steering wheel while driving |
| Total Body Vibration | C | Driving, newer air ride seats reduce vibration while driving |
| Palm Buttons | F | Dashboard operations including adjustment controls on seat |
| **TOTAL BODY** | | |
| Sitting | N-C | Constant while driving, never to infrequently during pre-trip and hooking/unhooking |
| Standing (<3 steps) | N-O | Never while driving, occasionally may stand during hooking and pre-trip |
| Walking (>3 steps) | N-C | Never while driving, constantly during hooking and pre-trip |
| Climb Stairs | F | 2 steps at 15" and 18" high, a 3rd step onto cab bed is another 17" high |
| Climb Ladders | I | May use ladders on the docks to climb up from yard onto dock (vs steps at either end) |
| Driving (Forklift/Vehicles) | C | Driving truck |
| Balancing-Slippery, Narrow | I | Leaks may be slippery |



| Never | Infrequently | Occasionally | Frequently | Constantly |
|---|---|---|---|---|
| | 2-5 % of time | 6-33% of time | 34-66% of time | 67-100% of time |
| | 1-2 reps/ hr. | 3-12 reps/hr. | 13-30 reps/hr. | > 31 reps/hr. |
| | 2-20 reps/day | 21-100 reps/day | 101-245 reps/day | > 246 reps/day |

1

## Leave of Absence Benefit Elections
## R+L Carriers Group Benefits Plan

Employee Name:  Willie Bryant
Badge: 105229

Your health benefits under the Group Benefits Plan will continue during your leave of absence unless you elect to *cancel* the benefits on page 2. **Please mark your selections below.**

☐ Continue All

During your leave, you are responsible for making your weekly premium payments. If you elected to CONTINUE your benefits above, please mark one of the following payment options for health benefits you did not elect to cancel:

☐ **Pay upon return to work.** Your coverage will continue and you will not be required to make premium payments during your absence, provided your absence is less than 12 weeks.  Upon your return, you will be required to repay the weekly premiums that were due during your leave. The repayment will be made through weekly payroll deductions as a "make-up" deduction and will continue until the balance is fully paid. Upon return, the Benefits Department will notify you of the amount of the weekly make-up payroll deductions.*

☐ **Pay during Leave.** During your leave, you are responsible for making your weekly premium payments.  These payments must be made payable to R + L Carriers Health Plan and sent to P.O. Box 271, Wilmington, Ohio 45177, Attn: *Benefits*.

### Health Care Premiums: $58.77

| | | | |
|---|---|---|---|
| Health Insurance | $40 | Short Term Disability | $x.xx |
| Dental Plan | $3 | Long Term Disability | $x.xx |
| Vision | $1 | Supplemental Life | $14.77 |

**Each premium payment must be received within 30 days of the weekly due date**.
I will pay my Health Care premiums (check one): ☐Weekly  ☐Bi-weekly  ☐ Monthly

**Accident and Critical Illness premiums while on leave are paid directly to UNUM.**
Please contact Unum at 800-635-5597 to make arrangements to pay the following weekly premiums:

| | | | |
|---|---|---|---|
| Accident | $3.47 | Critical Illness | $24.39 |

☐**Pre-pay.** You will prepay your weekly premiums prior to the start of your leave of absence for the expected length of your approved leave. Payments shall be made by payroll deduction, check, or money order. If you return to work earlier than initially expected, any overpaid premiums will be reimbursed. If you return to work later than expected, payment for any additional amount due must be arranged.
    ☐I will send a check/money order for the amount.
    ☐I choose to have the deductions taken from my check before my leave of absence.

*In the event that your leave of absence extends beyond 12 weeks, you will then be held responsible for *__all__* weekly premiums. A letter will be sent explaining all payments due. If full payment is not made by the due date set forth in the letter, all applicable benefits are subject to cancellation.

2

## Leave of Absence Benefit Elections
### R+L Carriers Group Benefits Plan

If you elect to CANCEL some or all of your health benefits, any expenses you incur while on leave that otherwise would have been covered under the Group Benefits Plan had you not cancelled coverage will not be covered.  Cancellation of medical coverage will also result in cancellation of your basic life and STD benefits. You will have the right to reinstate your health benefits upon your return from leave. The Benefits Department will provide additional details of your reinstatement options upon your return from leave.

☐ Cancel All          ☐ Cancel only checked boxes
                              ☐ Medical
                              ☐ Dental
                              ☐ Vision
                              ☐ Medical FSA

If you elect to cancel only select benefits, please fill out page 1 to elect your payment type for the benefits remaining active.

Only the benefits listed above can be canceled with the option for reinstatement upon return to work. If you choose to cancel voluntary benefits, (ie. Short Term/Long Term Disability, Accident Insurance), please submit a written request to the benefits department.

**Please return completed form to The Benefits Department in advance of your leave.  If you fail to do so before your leave commences, your health benefits will be continued automatically and you will be responsible to repay any premiums as described above under "Pay upon return to work," provided you return to work within 12 weeks.**

Employee Signature _____ Date _____



**SHORT TERM DISABILITY CLAIM FORM**

Benefits Department
R+L Carriers Shared Services, LLC
600 Gillam Rd
Wilmington, OH 45177
800.543.5589 x 2584
937.283.3796 secure fax
leave@rlc.com

**EMPLOYEE STATEME**

**A. Information About You**

Last Name                                                                Suffix    First Name                                    MI

Date of Birth (mm/dd/yy)                        Social Security Number                          Gender                The state in which you work
                                                                                                □ Male
                                                                                                □ Female

Home Address

City                                                                                State    Zip

Telephone Number where we can reach you          Preferred e-mail address (for confirmation purposes only)

Employer Name

Language Preference   □ English   □ Spanish

Please check all types of coverage you have with Unum.   □ Group Short Term Disability   □ Individual Short Term Disability

Do you work for another employer?   □ Yes   □ No   If yes, employer name                     Telephone Number

Are you currently self-employed?   □ Yes   □ No

**B. Information About Your Family**

Marital Status:   □ Single   □ Married   □ Widowed   □ Divorced   □ Domestic Partner   □ Separated

| Spouse/Partner's Name | Spouse/Partner's Date of Birth (mm/dd/yy) | Is he/she employed? □ Yes   □ No |
|---|---|---|

**C. Information About Your Disability**

1. For **pregnancy**, answer the following questions under #1, skip questions #2 and #3, then go to #4:

| What is your expected delivery date? | If you have delivered, what was your delivery date? (mm/dd/yy) | What type of delivery?   □ Vaginal   □ C-Section |
|---|---|---|

| Were there any complications causing you to stop work prior to your expected delivery date?   □ Yes   □ No | If yes, please explain: |
|---|---|

2. For **other than pregnancy**, is your disability caused by   □ Illness   or   □ Injury?

| What is the name of your medical condition(s)? | Date you were first treated by a physician (mm/dd/yy) |
|---|---|

If related to an injury, when, where and how did the injury occur?

3. Is your condition work related?   □ Yes   □ No   If yes, have you filed a Workers' Compensation claim?   □ Yes   □ No

If yes, please explain how the work related injury/illness occurred:

4. Have you been hospitalized?   □ Yes   □ No   If yes, date hospitalized (mm/dd/yy):                    through (mm/dd/yy):

| 5. Last day you were at work (mm/dd/yy) | Number of hours worked on date last worked | First date you missed work due to this medical condition (mm/dd/yy) |
|---|---|---|



**SHORT TERM DISABILITY CLAIM FORM**
Benefits Department
R+L Carriers Shared Services, LLC
600 Gillam Rd
Wilmington, OH 45177
800.543.5589 x 2584
937.283.3796 secure fax
leave@rlc.com

| EMPLOYEE STATEME |
|---|

Employee Name (Last Name, S

Date of Birth (mm/dd/yy)

6. Have you returned to work?   ☐ Yes   ☐ No   If yes, indicate date below.
Part Time (mm/dd/yy):                    Part-time hours per week:                    Full Time (mm/dd/yy):

If you have not returned to work, when do you expect to return?
Part Time (mm/dd/yy):                    Part-time hours per week:                    Full Time (mm/dd/yy):                    ☐ Unknown

**D. Information About Your Medical Providers**
Please provide the following information about your current medical treatment providers (physicians, hospitals, physical therapist, etc.). If you are being treated by more than one, please share the following information for each provider on a separate sheet of paper and include it with this form.

_____    (        )    _____    (        )    _____
Provider Name                Telephone No.                                Fax No.

_____    _____
Date of first visit for this condition (mm/dd/yy)    Date of next visit for this condition (mm/dd/yy)

**E. Information About Income Tax Withholding.** Unum will not withhold Federal and State Income Tax if your benefit is not taxable.

**TAX INFORMATION**
If you do not know if you are covered under a fully-insured or self-insured plan, please contact your employer for assistance.

- **For Fully-Insured Plans** – If your claim is approved and your employer tells us your benefit is taxable, we are required by law to withhold FICA taxes. Do you want Unum to also withhold Federal and/or State Income Taxes from your taxable benefit checks?
   **Federal Income Tax:**  ☐ Yes  ☐ No   If yes, how much do you want withheld from each check? (whole dollar amount)   $_____
   Minimum Withholding: $20/week for Short Term Disability.
   **State Income Tax:**  ☐ Yes  ☐ No   If yes, how much do you want withheld from each check? (whole dollar amount)   $_____

- **For Self-Insured Plans** – Attach a copy of your completed W-4 for accurate calculation of Federal and State Income Taxes. Note: If not provided, we are required by law to withhold 25% of your taxable benefit for Federal Income Tax and the maximum withholding amount for State Income Tax.

- **If your benefits are not taxable, Federal and State Income Taxes will not be withheld.**

**Fraud Warning:** For your protection, **Arizona** law requires the following to appear directly above your signature:

Any person who knowingly and with the intent to injure, defraud or deceive an insurance company presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Fraud Warning:** For your protection, **New York** law requires the following to appear directly above your signature:

Any person who knowingly and with the intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**F. Signature of Employee/Individual**
The above statements are true and complete to the best of my knowledge and belief. I have read and understand the fraud notices listed on pages 2 and 3 of this form. I also acknowledge that should my claim be overpaid for any reason it is my obligation to repay any such overpayment. **(Your signature is required for benefit consideration.)**

X
_____                    _____
Signature                                        Date
Reminder: Please sign and date the Authorization (last page of this claim form).



Benefits Department
R+L Carriers Shared Services, LLC
600 Gillam Rd
Wilmington, OH 45177
800.543.5589 x 2584
937.283.3796 secure fax
leave@rlc.com

You are not required ~~leave@rlc.com~~ like us to communicate with a family member, friend or other third party about your claim, we recommend completing the information below. Please sign and date the form as indicated and mail or fax it to the address or fax number indicated above.

## Optional Authorization to Disclose Information to Third Parties

To assist in the evaluation or administration of my claim(s), I authorize Unum Group, its subsidiaries and duly authorized representatives ("Unum") to share personal health and financial information in verbal or written format relating to my claim with the family members, friends, and/or other third parties listed below:

My Spouse: _____

     (Name)                                          (Telephone Number)

Other Family Member: _____

               (Name / Relationship)                 (Telephone Number)

Other person: _____

     (Name / Relationship)                      (Telephone Number)

I understand that information about my claim may include information about my health and that such information about my health may be related to any disorder of the immune system including, but not limited to, HIV and AIDS; use of drugs and alcohol; and mental and physical history, condition, advice or treatment, but does not include psychotherapy notes.

I do not wish the following information about my claim to be shared (leave blank if not applicable):

_____

I further understand that the information is subject to redisclosure and might not be protected by certain federal regulations governing the privacy of health information.

I may revoke this authorization in writing at any time except to the extent Unum or the authorized recipient of my information has relied on it prior to receiving my notice of revocation. I may revoke this Authorization by sending written notice to the address above.

This authorization is valid for the shorter of two (2) years or the duration of my claim. I may request a copy of the Authorization and a copy shall be as valid as the original.

_____         _____

Claimant Signature                               Date

_____         _____

Printed Name                                  Social Security Number

I signed on behalf of the claimant as _____ (indicate relationship). If Power of Attorney Designee, Personal Representative, Guardian, or Conservator, please attach a copy of the document granting authority.

Unum is a registered trademark and marketing brand of Unum Group and its insuring subsidiaries.



Benefits Department
R+L Carriers Shared Services, LLC
600 Gillam Rd
Wilmington, OH 45177
800.543.5589 x 2584
937.283.3796 secure fax
leave@rlc.com

Please sign and ret                                     /e. You are entitled to receive
a copy of this autho                                    ılth Insurance Portability and
Accountability Act (HIPAA) Privacy Rule.

## Authorization to Collect and Disclose Information
### (Not for FMLA Requests)

**I authorize the following persons:** health care professionals, hospitals, clinics, laboratories, pharmacies and all other medical or medically related providers, facilities or services, rehabilitation professionals, vocational evaluators, health plans, insurance companies, third party administrators, insurance producers, insurance service providers, consumer reporting agencies including credit bureaus, GENEX Services, LLC, The Advocator Group and other Social Security advocacy vendors, professional licensing bodies, employers, attorneys financial institutions and/or banks, and governmental entities;

**To disclose information,** whether from before, during or after the date of this authorization, about my health including HIV, AIDS or other disorders of the immune system, use of drugs or alcohol, mental or physical history, condition, advice or treatment (except this authorization does not authorize release of psychotherapy notes), prescription drug history, earnings, financial or credit history, professional licenses, employment history insurance claims and benefits, and all other claims and benefits, including Social Security claims and benefits ("My Information");

**To Unum Group and its subsidiaries,** Unum Life Insurance Company of America, Provident Life and Accident Insurance Company, The Paul Revere Life Insurance Company, and persons who evaluate claims for any of those companies ("Unum");

**So that Unum may evaluate and administer my claims, including providing assistance with return to work.** For such evaluation and administration of claims, this authorization is valid for two years, or the duration of my claim for benefits, whichever is shorter. I understand that once My Information is disclosed to Unum, any privacy protections established by HIPAA may not apply to the information, but other privacy laws continue to apply. Unum may then disclose My Information only as permitted by law, including, state fraud reporting laws or as authorized by me.

**I also authorize Unum to disclose My Information to the following persons** (for the purpose of reporting claim status or experience, or so that the recipient may carry out health care operations, claims payment, administrative or audit functions related to any benefit, plan or claim): any employee benefit plan sponsored by my employer; any person providing services or insurance benefits to (or on behalf of) my employer, any such plan or claim, or any benefit offered by Unum; or, the Social Security Administration. Unum will not condition the payment of insurance benefits on whether I authorize the disclosures described in this paragraph. For the purposes of these disclosures by Unum, this authorization is valid for one year or for the length of time otherwise permitted by law.

**Information authorized for use or disclosure may include information which may indicate the presence of a communicable or non-communicable disease.**

If I do not sign this authorization or if I alter or revoke it, except as specified above, Unum may not be able to evaluate or administer my claim(s), which may lead to my claim(s) being denied. I may revoke this authorization at any time by sending written notice to the address above. I understand that revocation will not apply to any information that Unum requests or discloses prior to Unum receiving my revocation request.

_____          _____
Insured's Signature                                                     Date Signed

_____          _____
Printed Name                                                            Social Security Number

I signed on behalf of the Insured as _____ (Relationship). If Power of Attorney Designee, Guardian, or Conservator, please attach a copy of the document granting authority.



**SHORT TERM DISABILITY CLAIM FORM**

The Benefits Center
P.O. Box 100158
Columbia, SC 29202-3158

Toll-free: 1-800-858-6843   Fax: 1-800-447-2498
Call toll-free Monday through Friday, 8 a.m. to 8 p.m. (Eastern Time)

For use with policies issued by the following Unum Group ["Unum"] subsidiaries:

Unum Life Insurance Company of America   Provident Life and Accident Insurance Company
The Paul Revere Life Insurance Company

---

**OUR COMMITMENT TO YOU**

We understand that a disabling illness or injury creates emotional, physical and financial challenges, and we want to do whatever we can to help you. You have our commitment to provide you with responsive service and to be understanding and sensitive to your circumstances during the claim process.

---

## Instructions

The information provided on this claim form will be used to evaluate your eligibility for disability benefits.

This form should be completed by you (the employee), your employer and attending physician.

- **Employee Statement (pages 4-5):** Please complete this section of the claim form and fax it to 1-800-447-2498. If you prefer, it may be mailed to the address noted above.
- **Authorization to Share Information with Third Parties (page 6):** If you wish to give us permission to share the details of your claim with a third party (such as your spouse, son, daughter, friend, etc.), please sign and date this form and fax it to 1-800-447-2498. If you prefer, it may be mailed to the address noted above.
- **Employee Authorization (last page):** Please sign and date this form and provide a copy to your attending physician. Fax the completed form to 1-800-447-2498 or mail it to the address noted above.
- **Employer Statement (pages 7-8):** Please ask your employer to complete, sign and date the form and fax it to 1-800-447-2498 or mail it to the address noted above. If you are applying for Individual Short Term Disability benefits only, we do not require the Employer Statement.
- **Attending Physician Statement (pages 9-10):** Please give this section of the claim form to the physician or treating provider primarily responsible for your care. Ask him/her to fax the completed form to 1-800-447-2498. If s/he prefers, it may be mailed to the address noted above.

---

## Unum Online Services

Unum has developed a secure and easy way for you to submit and manage your claim online via our secure website at www.unum.com/claims. Our secure web services allow you to access and make changes to your open claims, as well as view updates and available correspondence. Please contact your employer's human resource department to verify online filing is available to you.

Once you have submitted your claim, you may manage it with the Unum Customer App. The Unum Customer App is available for Apple and Android.

---

## Questions?

If, at any time, you have questions about the claim process or need help to complete this form, please call the above toll-free number. Our Contact Center is staffed with experienced professionals who can be contacted from 8 a.m. to 8 p.m. Monday through Friday.



**SHORT TERM DISABILITY CLAIM FORM**
Benefits Department
R+L Carriers Shared Services, LLC
600 Gillam Rd
Wilmington, OH 45177
800.543.5589 x 2584
937.283.3796 secure fax
leave@rlc.com

---

**Instructions (continued) / Claim Fraud Statements**

---

## Fraud Warning

For your protection, the laws of several states, including Alaska, Arizona, Arkansas, Delaware, Idaho, Indiana, Louisiana, Maine, Maryland, New Mexico, Ohio, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, Washington, and West Virginia require the following statement to appear on this claim form:

Any person who knowingly and with the intent to injure, defraud or deceive an insurance company presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

### Fraud Warning for Alabama Residents

For your protection, Alabama law requires the following to appear on this claim form:
Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

### Fraud Warning for California Residents

For your protection, California law requires the following to appear on this claim form:
Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

### Fraud Warning for Colorado Residents

For your protection, Colorado law requires the following to appear on this claim form:
It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

### Fraud Warning for District of Columbia Residents

For your protection, the District of Columbia requires the following to appear on this claim form:
WARNING: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits, if false information materially related to a claim was provided by the applicant.

### Fraud Warning for Florida Residents

For your protection, Florida law requires the following to appear on this claim form:
Any person who knowingly and with intent to injure, defraud or deceive any insurer, files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony of the third degree.

### Fraud Warning for Kentucky Residents

For your protection, Kentucky law requires the following to appear on this claim form:
Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.



**SHORT TERM DISABILITY CLAIM FORM**
Benefits Department
R+L Carriers Shared Services, LLC
600 Gillam Rd
Wilmington, OH 45177
800.543.5589 x 2584
937.283.3796 secure fax
Instructions (continue leave@rlc.com

### Fraud Warning for Minnesota Residents
For your protection, Minnesota law requires the following to appear on this claim form:
A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

### Fraud Warning for New Hampshire Residents
For your protection, New Hampshire law requires the following to appear on this claim form:
Any person who, with a purpose to injure, defraud, or deceive any insurance company, files a statement of claim containing any false, incomplete, or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638.20.

### Fraud Warning for New Jersey Residents
For your protection, New Jersey law requires the following to appear on this claim form:
Any person who knowingly and with intent to defraud any insurance company or other persons, files a statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact, material thereto, commits a fraudulent insurance act, which is a crime, subject to criminal prosecution and civil penalties.

### Fraud Warning for New York Residents
For your protection, New York law requires the following to appear on this claim form:
Any person who knowingly and with the intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

### Fraud Warning for Pennsylvania Residents
For your protection, Pennsylvania law requires the following to appear on this claim form:
Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

### Fraud Warning for Puerto Rico Residents
For your protection, Puerto Rico law requires the following to appear on this claim form:
Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. If aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.



**SHORT TERM DISABILITY CLAIM FORM**
Benefits Department
R+L Carriers Shared Services, LLC
600 Gillam Rd
Wilmington, OH 45177
800.543.5589 x 2584
937.283.3796 secure fax
leave@rlc.com

**ATTENDING PHYSICIA**
TO BE COMPLETED BY PHYS

Name of Patient (Last Name, Suffix, First Name, MI)

Social Security Number

Date of Birth (mm/dd/yy)    Patient Telephone Number

Employer Name

---

**A. Complete this section for pregnancy, then go to Section C**

| Expected Delivery Date (mm/dd/yy): | Actual Delivery Date (mm/dd/yy): | Delivery Type: ☐ Vaginal ☐ C-Section | Date of first visit for this pregnancy (mm/dd/yy): | Date Hospitalized (mm/dd/yy): |
|---|---|---|---|---|
| Diagnosis: | ICD Code: | Did you advise your patient to stop working? ☐ Yes ☐ No | If yes, on what date (mm/dd/yy)? | |

Were there any complications causing your patient to stop working prior to her expected delivery date? ☐ Yes ☐ No
If yes, please explain:

---

**B. Complete this section for all conditions except pregnancy, then go to Section C**

| Date of first visit for this current condition(s) (mm/dd/yy): | Date of last office visit (mm/dd/yy): | Date of next office visit (mm/dd/yy): | Did you advise your patient to stop working? ☐ Yes   If yes, on what date (mm/dd/yy)? ☐ No |
|---|---|---|---|

Has the patient been treated for the same/similar condition in the past? ☐ Yes  ☐ No  ☐ Unknown

If yes, please provide treatment dates (mm/dd/yy):   From                     Through

| Is the patient's condition work related?  ☐ Yes  ☐ No  ☐ Unknown | Patient's Height: | Patient's Weight |
|---|---|---|
| Primary Diagnosis: | | Primary ICD Code: |
| Secondary Diagnosis: | | Secondary ICD Code: |

Has the patient been hospitalized?  ☐ Yes  ☐ No | If yes, date hospitalized (mm/dd/yy):          through (mm/dd/yy):

| Was surgery performed?  ☐ Yes  ☐ No | If yes, what procedure was performed? | CPT Code: | Date Surgery Performed (mm/dd/yy): |
|---|---|---|---|

What is your treatment plan? Please include all medications.



**SHORT TERM DISABILITY CLAIM FORM**
Benefits Department
R+L Carriers Shared Services, LLC
600 Gillam Rd
Wilmington, OH 45177
800.543.5589 x 2584
937.283.3796 secure fax
leave@rlc.com

**ATTENDING PHYSICIAN**

| Patient Name (Last Name, First) | Date of Birth (mm/dd/yy) |
|---|---|
| | |

**Other Providers:** Are you aware of or have you referred your patient to other treating providers? If yes, please provide complete name, contact information and specialty of any other treating physicians.

| Name | Specialty | Address | Phone # |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| Have you advised the patient to return to work? ☐ Yes ☐ No | Expected return to work date (mm/dd/yy): ☐ Full Time ☐ Part Time |
|---|---|
| | Part-time hours per day |

**C. Functional Capacity**

If your patient *does not* have physical and/or behavioral health RESTRICTIONS (activities patient should not do) and/or LIMITATIONS (activities patient cannot do), please initial here _____ and go to *SECTION D*.

**Please note:** When considering a standard 8 hour workday with breaks (approximately every two hours) please quantify terms that may not be uniformly understood such as "prolonged", "repetitive", "light-duty", "heavy lifting", or "stressful situations". In addition, never means not at all, occasional means more than never but less than 33% of the time; frequent means 34-66% of the time, and constant means 67-100% of the time.

**Restrictions and/or Limitations**

If your patient has CURRENT RESTRICTIONS (activities patient should not do) and/or LIMITATIONS (activities patient cannot do) list below. Please be specific and understand that a reply of "no work" or "totally disabled" will not enable us to evaluate your patient's claim for benefits and may result in us having to contact you for clarification.

Please provide the duration of these restrictions and limitations. From (mm/dd/yy): _____ To (mm/dd/yy): _____

FRAUD NOTICE: Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties. This includes Attending Physician portions of the claim form.

**D. Signature of Attending Physician**

The above statements are true and complete to the best of my knowledge and belief.

| Physician Name (Last Name, First Name, MI, Suffix) Please Print | Degree/Specialty |
|---|---|
| | |

Address

| City | State | Zip |
|---|---|---|
| | | |

| Telephone Number | Fax Number | Physician Tax ID Number: | Are you related to this patient? ☐ Yes ☐ No |
|---|---|---|---|
| | | | If yes, what is the relationship? |

| Signature of Physician | Date |
|---|---|
| X | |

**R+L CARRIERS**

*Your **Global**Transportation Provider*

December 1, 2022

**FOR YOUR RECORDS**

Willie Bryant
2047 Cliffton Terrance
Snellville, GA 30039

**Re:   ADAAA**

Dear Willie:

Please be advised that you have been granted leave as an ADAAA accommodation for the periods of:
- October 6th, 2022 through November 4th, 2022
- November 5th, 2022 through December 4th, 2022
- December 5th, 2022 through December 31st, 2022

**During this period, you must provide me with an update on your return-to-work status immediately following each appointment with your treating physician.** You must submit written certification from your treating physician that you may return to work before you will be permitted to return to work.

Should you have any questions, please feel free to contact us at 800-543-5589, extension 2584.

Sincerely,

The Benefits Department
R+L Carriers Shared Services, LLC

*Effective 03/02/2020*



**R+L CARRIERS**
600 Gillam Road
P.O. Box 271
Wilmington, OH 45177-0271
800.543.5589



**GLOBAL LOGISTICS**
315 North East 14th Street
Ocala, FL 34470
866.314.7750
rlglobal.com



*Your **Global**Transportation Provider*

December 1, 2022

**VIA PRIORITY MAIL**
Willie Bryant
2047 Cliffton Terrance
Snellville, GA 30039

Re:     **Updated Medical Information for Medical Leave of Absence**

Dear Willie:

You were on an approved ADAAA leave of absence for the period of October 6th, 2022 through December 31st, 2022. At the beginning of your leave, you were informed that regular updates regarding your serious health condition and work status would be required.

As of the date of this letter, you have not returned to work and thus it appears that you remain unable to return to work due to your serious health condition or disability. If you are able to return to work, please notify the Company of your return date immediately. Please note that you will be required to provide a return to work note for review.  If you are not able to return to work, the Company needs updated medical information regarding your medical condition and your expected future work status. Please have your treating physician complete the enclosed form. **The completed form must be faxed to me at (937) 283-3796 by December 31st, 2022.** *If this completed form is not received, any time off work after December 31st, 2022 will be considered unexcused and subject to appropriate corrective action, up to and including termination, pursuant to the Employee Handbook.*

Should you have questions, please feel free to call us at 800-543-5589, extension 2584.

Sincerely,

The Benefits Department
R&L Carriers Shared Services, LLC

**R+L** CARRIERS
600 Gillam Road
P.O. Box 271
Wilmington, OH 45177-0271
800 543 5589

 **GLOBAL LOGISTICS**
315 North East 14th Street
Ocala, FL 34470
866.314.7750
rlglobal.com

Employee Name:



| | |
|---|---|
| | **ADAAA: HEALTHCARE PROVIDER CERTIFICATION FORM** |

## *Section I: For Completion by R+L Benefits Department*

DATE:                                December 1, 2022

EMPLOYEE NAME:              Willie Bryant

EMPLOYEE NUMBER:          105229

EMPLOYEE ADDRESS:         2047 Cliffton Terrance

                                          Snellville, GA 30039

EMPLOYEE PHONE:            678-907-5839

DEPARTMENT/DIVISION:     ATL

## *Section II: For Completion by the Employee*

Please complete *Section II* before giving this form to your medical provider. The ADA permits an Employer to require reasonable documentation to establish whether or not you have a disability and whether that disability requires reasonable accommodation. *See* EEOC Enforcement Guidance on Reasonable Accommodation and Undue Hardship Under the Americans with Disabilities Act, at Question 6, EEOC Notice No. 915.002 (Oct. 17, 2002), available at https://www.eeoc.gov/policy/docs/accommodation.html#N_48_. By submitting this form to your medical provider, you authorize your provider to release the completed form, which may contain protected health information (PHI), as defined by HIPAA and similar state laws, to the administrators of the ADA at R+L. You may rescind authorization at any time; however, failure to provide information necessary to evaluate your leave request will impact its approval.

EMPLOYEE NAME: _____(Print) DATE: _____

_____ (Signature)

EMPLOYEE'S RELEVANT JOB DUTIES TO EXTENT JOB TITLE DOES NOT ADEQUATELY DESCRIBE:

_____

_____

_____

*Effective 01/21/2022*

**_Section III: For Completion by the Healthcare Provider_**

**Part A: Healthcare Provider Identifying Information**

NAME OF TREATING
HEALTHCARE PRACTITIONER: _____

HEALTHCARE PRACTITIONER'S
PRACTICE/MEDICAL SPECIALTY: _____

HEALTHCARE PRACTITIONER'S
BUSINESS ADDRESS: _____

HEALTHCARE PRACTITIONER'S
CONTACT INFORMATION:    Telephone: _____   Fax: _____

**Part B: Medical Facts Regarding the Employee**

**IMPORTANT NOTE TO HEALTH CARE PROVIDER:**  When answering these questions, please do not take into consideration any ameliorative effects of mitigating measures, such as medications, medical supplies, equipment, or appliances, low-vision devices (which do not include ordinary eyeglasses or contact lenses), prosthetics including limbs and devices, hearing aids and cochlear implants or other implantable hearing devices, mobility devices, or oxygen therapy equipment and supplies; use of assistive technology; reasonable accommodations or auxiliary aids or services; or learned behavioral or adaptive neurological modifications.

1.      Does the Employee have a physical or mental impairment?   ☐Yes  ☐No

   A.      Please state the type of impairment/diagnosis: _____

   B.      What is the duration or expected duration of the impairment/diagnosis?_____
           _____

2.      Does the Employee's impairment **substantially** limit any major life activities (i.e., caring for oneself, performing manual tasks, seeing, hearing, eating, sleeping, walking, standing, lifting, bending, speaking, breathing, learning, reading, concentrating, thinking, communicating, and working)?   ☐Yes  ☐No

   A.      If yes, which major life activities are substantially limited: _____
           _____

   B.      Describe how this Employee is substantially limited in each major life activity identified above as compared to the way in which an average person in the general population can perform that activity. Such information can include how the Employee is restricted as to the condition, manner, or duration under which that activity can be performed:
           _____
           _____

2

3.    Have you placed medical restrictions on the Employee for this impairment?    ☐Yes  ☐No

A.    If yes, what are the restrictions? _____
_____

B.    Are the above medical restrictions:  ☐ permanent;  or ☐ temporary

C.    If temporary, these restrictions will ☐ expire on _____ ;
or ☐ be revaluated on: _____.

4.    A.    Can the Employee perform all job functions without restrictions:    ☐Yes  ☐No

B.    Which job functions, if any, cannot be performed in light of the Employee's impairment or medical
restrictions: _____
_____

C.    For how long will the Employee be unable to perform these job functions?
_____

5.    Describe any accommodations that would allow the Employee to be able to perform those job functions:
_____
_____

A.    If medical leave is a possible accommodation listed above, please provide an estimated duration for the
leave: _____

6.    Would performing any of the job functions listed result in a direct safety or health threat to the Employee or

other people (co-workers, members of the general public, etc.)?    ☐Yes  ☐No

If yes, which job function(s) would pose such a threat: _____
_____

The direct safety or health threat posed: _____
Any reasonable accommodations that would eliminate the direct safety or health threat, or reduce it to an
acceptable level: _____
_____
_____

3

7.    Additional comments: _____

_____

_____    _____    _____
Signature of Medical Provider                              Title                                        Date

Printed Name and Address:

_____

_____

**GINA Notification to Health Care Providers:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of employees or their family members.  In order to comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.   "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

4840-9985-7319.1

| This packet must be completed and returned by the end of business on December 20th, 2022. |
| --- |
| The Benefits Department<br>R+L Carriers Shared Services, LLC<br>Phone: 800-543-5589, ext. 2584<br>Fax (secure): 937-283-3796<br>leave@rlcarriers.com |

4



## Physical Demands Analysis

| | |
|---|---|
| Job Title | Pick-Up & Delivery Driver (P&D) |
| Job Summary | Driving assigned local delivery or peddle route at his or her domicile service center in a safe and productive manner. Pick-up and/or delivery assignments are customer specific and may include commercial and/or residential freight appointments, swaps, inter-company transfers of freight between rail yards and partner carriers as required to ensure service standards. Drivers are expected to maintain well groomed, business-like appearance and to abide by company uniform dress code as required and practical. |
| Job/Work Schedule | Start shift typically between 5a.m. and 11 a.m. until all applicable deliveries and pick-ups are completed; average 9-9.5 hours each shift/day.  Typical day ends no later than 8:30 p.m. |
| Scheduled/Unscheduled Breaks | Routine breaks are taken as needed while driving to include: safety, coordinated meal and rest, heat or cold recovery, mandatory,  and are adhered to as outlined by the company handbook and the Department of Transportation. All routine breaks are considered paid work time unless otherwise specified by applicable, state-specific company handbook policy. |
| Overtime | Job/Work Schedule overtime pay is not required as reference in the Motor Carrier Act |
| Physical Demand Requirement of Job* | Heavy |

*Based on Dictionary of Occupational Title's Physical Demand Characteristics of Work

| | |
|---|---|
| Date of Analysis | 8/5/2019 |
| Evaluator | Kari Downey, CEAS, CRC |
| GENEX<br>*Solving the Cover Case Equation* | |

## Essential Functions

*The position includes, but may not be limited to the following.*

| | Description |
|---|---|
| 1. | Paperwork: Before departing service center to complete assigned route, must receive and review applicable manifest(s), pay sheet(s) and gate pass.  All paperwork must be checked against loaded freight in trailer  and is generally verified by total freight and vehicle weight and may be validated by onsite or vendor scales..  Review HAZMAT requirements according to specific load manifest(s). This process takes approximately 20 minutes. |
| 2. | Hooking Up: Once paperwork and placarding is confirmed, hook assigned trailer(s) and dolley(ies) to tractor |
| 3. | Pre/Post Trip Inspections: Complete daily pre and post trip safety and vehicle maintenance inspections of all pieces of assigned equipment (i.e. tractor, trailer(s) and dolley(ies)) specific to every specific work assignment. |
| 4. | Drive Route: Once all of the above is complete, climb up into cab and leave yard to begin designated work assignment; work assignment may involve intermittent or prolonged driving in a seated position.  Must interact with customers at the time of delivery and/or pick-up and involves administration of related paperwork to include money management for freight transportation or product payments. |
| 5. | Unload/load: Unload/unload trailer using manual or electric pallet jack, two-wheeled hand cart at commercial customer dock.  Residential, and some commercial, customers require use of lift gate in back of straight truck or trailer. |

## Job Tasks & Physical Demands

| Job Task Description | Physical Demands / Tools & Equipment |
|---|---|
| Paperwork:<br>Collect paperwork in dispatch office or on dock.  Review manifest, pay sheet, bill of lading and any applicable Hazardous Material(s) "HAZMAT" paperwork  for the specific load.  Obtain gate pass.  Check load weight on  trailer(s) matches paperwork. | • Required documents weigh a negligible amount |
| Hooking Up:<br>Climb up into cab using 3-point contact and start engine.  Back up tractor in front of trailer.  May need to get in/out of tractor multiple times to reach desired trailer  height. Listen for confirmation that 5th wheel latched properly. Hook up  air | • Need two (2) hands to hook up air hoses, one to insert and the other to guide into place<br>• Raising landing gear requires turning crank 40 times in one direction, lowering is 40 times in the opposite direction.  This requires use of both hands, one up and |



| | |
|---|---|
| hose and 7-way electrical cord. Perform visual check and confirm 5th wheel latch, go under truck to visually inspect trailer is hooked up properly. Raise landing gear using crank. As required, may use converter dolly for doubles or triples. Dolly has wheels on one end, hook on opposite end. Back trailer up to dolly and attach. Use this to connect the assigned trailers together. Hook up electrical and air hoses for both assigned trailers. | one down. Crank is turned 20+ times as required for each daily work assignment. Crank handle is 39" at the highest point and requires 15 lbs of force.<br>• Hook onto trailer at 35" high<br>• Full size trailers are 53 feet, smaller "pup" trailers are 28 feet long |
| **Pre- and Post-Trip Inspection**<br>Perform pre-trip inspections of all equipment prior to starting route. Utilize checklist to confirm everything has been inspected.<br>1) Open hood to perform visual check on fluids and engine, check for any leaks; pull up oil stick to check oil levels, close and re-latch hood<br>2) Check tires (pressure and tread) and lights<br>3) Check freight is secure<br>4) Unlatch safety chains on side of trailer that hold back door open, swing door shut, lock into cleat on top and bottom, repeat on both sides.<br>Use radio, personal or company cell phone or company or customer land line to call to safety department to report any damage discovered during pre-trip. Type of damage will determine next steps and ability to begin route. Perform pre-trip every time new trailer is hooked up. | • 25-30 lbs to open truck hood depending on truck model and age. Completed two (2) times for each tractor used.<br>• Latch handle on back door is at 58", door opened/closed average of 40 times/day<br>• May stand on tires and bend over to visually check parts inside engine<br>• Tires are 42" high<br>• Air and electrical hoses are at 55" & 61"<br>• Performed two (2) times pershift, pre-trip and post-trip for each piece of equipment used. |
| **Drive Route:**<br>Use 3 point contact to get into cab including steps, handle on cab door and "grab" handle/bar. Local or "city" driving to customers locations, call ahead to determine which dock to park for unloading. Exit cab to unlock and open back to expose freight. Unlock and lock latch as needed. Every time trailer is switched, perform pre-trip duties again. Occasionally may manually unload truck at customers' dock using pallet jack. Meet with customers, obtain signature on delivery and secure payment(s), as required. Remain in constant contact with Dispatch for route changes and any new pick-ups scheduled in real time.<br>Obtain customer signature on paperwork along with date and time. Pick up receipt for delivery from customer. Manage COD's including cash and checks. Turn in collected COD's at end of shift to the office.<br>Use company cell phone, Mobile Data Terminal (MDT) or customer land line for communication to and from customers and dispatch. | • Cab height is 50"<br>• Use 3-point contact and 2-3 steps to enter cab, steps are at 15", 18" & 17" into truck bed<br>• Cab door handle is 10" long located at 57-67" above ground<br>• In/out of cab 50-60 times throughout shift<br>• Back door handle is 55" high and requires 5 lbs to push up or pull down. Type of handle varies.<br>• Trailer height from ground is 13.6 feet<br>• Height from floor deck to roof is 9.5 feet<br>• Fuel tank is at 36"<br>• Petal force is negligible due to air breaks<br>• Seat adjustments are located on left side of seat<br>• Company cell phone, company or customer landline, Mobile Data Terminal (MDT) or 2-way radio |

## Job Images





























| Job Title | Pick-Up & Delivery Driver (P&D) |
|---|---|

## Work Environment / Environmental Conditions

| | Yes | No | Description |
|---|---|---|---|
| Personal Protective Equipment(PPE) | X | | Steel-toed shoes; safety glasses while on dock, gloves provided if needed, |
| Chemical Exposure | X | | Possible Hazardous Material "HAZMAT" leak(s) or spill(s) while enroute |
| Confined Spaces (29 CFR 1910.146) | X | | Crawling, kneeling, squatting under truck and in tight spaces in engine |
| High Elevations (≥ 4' above floor level) | | X | |
| Temperature Exposure (Heat/Cold) | X | | Operating vehicle in all weather conditions |
| Work Near Moving Machinery | | X | |
| Work Near Powered Industrial Trucks | X | | Domicile or customer Dock, forklift |
| Near Visual Acuity (Clarity ≤ 20in.) | X | | Paperwork, engine parts, pre-trip inspection |
| Far Visual Acuity (Clarity ≥ 20ft.) | X | | Driving and observing surroundings, traffic, etc. |
| Color Vision | X | | DOT minimum is red, yellow and green traffic signal |
| Depth Perception | X | | Getting in/out of cab at 50" |
| Feel/Touch (Perceiving object attributes) | | X | |

## Physical Demand Summary

| TASKS | FREQUENCY N/I/O/F/C | DESCRIPTION / TOOLS & EQUIPMENT |
|---|---|---|
| **LIFTING/FORCE** | | |
| 0 to 5 lbs. | O | Small items such as paperwork or cell phone |
| 6 to 10 lbs. | N | |
| 11 to 25 lbs. | N | |
| 26 to 50 lbs. | N | |
| 51 to 100 lbs. | I | Shift specific equipment required lifting one end of converter dolly and pushing into place under trailer hitch |
| Floor - Waist (1"-41") | N | |
| Waist - Shoulder (41"-54") | N | |
| Shoulder – Overhead (55"-85") | N | |
| Total Body Push / Pull | I - F | Rarely/Infrequent use of the Converter Dolly, weighing 80 lbs, the closer truck is backed up to dolly the shorter the distance to lift/pull; push/pull of back door to open/close requires 5 lbs. Opening hood is 15-20 lbs. Frequent pulling driver weight up into cab using 3 point contact (over 80x/shift) |
| Upper Extremity Push/Pull | N | |
| **POSITIONAL TASKS** | | |
| Overhead Reaching | O | Driving (storage areas for paperwork, optional) |
| Horizontal Reaching | F | F= Pre-Trip, I = Driving (dashboard controls including radio) |
| Bending / Squatting | F | Pre-Trip |
| Kneeling | F | Pre-Trip |
| Supine-lying | I | Pre-Trip |
| Crawling | I | Possible during pre-trip although not typically required |
| Twisting | F | Pre-trip |
| Foot Controls | F | While driving only |
| **UPPER EXTREMITY** | | |
| Simple Grasping | C | R ☒ / L ☒  Steering wheel, radio, phone while driving; hoses during hook up, oil stick during pre-trip |
| Firm/Power Grip | F | R ☒ / L ☒  Crank during pre-trip; converter dolly during hook up |
| Fine Manipulation/Pinch Grip | I | R ☒ / L ☒  Clips |
| Flexion/Extension/Deviation | F | R ☒ / L ☒  Pre-trip and hooking |
| Hand/Arm Vibration | C | R ☒ / L ☒  Steering wheel while driving |
| Total Body Vibration | C | Driving, newer air ride seats reduce vibration while driving |
| Palm Buttons | F | Dashboard operations including adjustment controls on seat |
| **TOTAL BODY** | | |
| Sitting | N-C | Constant while driving, never to infrequently during pre-trip and hooking/unhooking |
| Standing (<3 steps) | N-O | Never while driving, occasionally may stand during hooking and pre-trip |
| Walking (>3 steps) | N-C | Never while driving, constantly during hooking and pre-trip |
| Climb Stairs | F | 2 steps at 15" and 18" high, a 3rd step onto cab bed is another 17" high |
| Climb Ladders | I | May use ladders on the docks to climb up from yard onto dock (vs steps at either end) |
| Driving (Forklift/Vehicles) | C | Driving truck |
| Balancing-Slippery, Narrow | I | Leaks may be slippery |



| Never | Infrequently<br>2-5 % of time<br>1-2 reps/ hr.<br>2-20 reps/day | Occasionally<br>6-33% of time<br>3-12 reps/hr.<br>21-100 reps/day | Frequently<br>34-66% of time<br>13-30 reps/hr.<br>101-245 reps/day | Constantly<br>67-100% of time<br>> 31 reps/hr.<br>> 246 reps/day |
|---|---|---|---|---|
| | | | | |



October 5, 2022

**FOR YOUR RECORDS**

Willie Bryant
2047 Cliffton Terrace
Snellville, GA 30039

**Re:    ADAAA**

Dear Willie:

Please be advised that you have been granted leave as an ADAAA accommodation for the period of:

07/01/2022 through 07/30/2022
07/31/2022 through 08/29/2022
08/30/2022 through 09/27/2022
09/28/2022 through 10/05/2022

**During this period, you must provide me with an update on your return-to-work status immediately following each appointment with your treating physician.** You must submit written certification from your treating physician that you may return to work before you will be permitted to return to work.

Should you have any questions, please feel free to contact us at 800-543-5589, extension 2584.

Sincerely,

The Benefits Department
R+L Carriers Shared Services, LLC

*Effective 03/02/2020*



600 Gillam Road
P.O. Box 271
Wilmington, OH 45177-0271
800.543.5589


315 North East 14th Street
Ocala, FL 34470
866.314.7750
rlglobal.com



Your **Global** Transportation Provider

September 29, 2022

**FOR YOUR RECORDS**

Willie Bryant
2047 Cliffton Terrace
Snellville, GA 30039

**Re:   ADAAA**

Dear Willie:

Please be advised that you have been granted leave as an ADAAA accommodation for the period of

July 1, 2022 through July 30, 2022
July 31, 2022 through August 29, 2022
August 30, 2022 through September 29, 2022

**During this period, you must provide me with an update on your return-to-work status immediately following each appointment with your treating physician.** You must submit written certification from your treating physician that you may return to work before you will be permitted to return to work.

Should you have any questions, please feel free to contact us at 800-543-5589, extension 2584.

Sincerely,

The Benefits Department
R+L Carriers Shared Services, LLC

*Effective 03/02/2020*



600 Gillam Road
P.O. Box 271
Wilmington, OH 45177-0271
800 543 5589



315 North East 14th Street
Ocala, FL 34470
866.314.7750

Medical Records

Exhibit

**Injury and Occupational Incident Report** | 1

## Section 1

*E-mail completed reports to e-mail address Injury_Recovery@rlcarriers.com or Right Fax: 937-556-3614.*

This is a CONFIDENTIAL REPORT for use by R+L Carriers Shared Services, LLC and its Affiliate companies. A copy of this report shall not be furnished to anyone including employees and outside agencies without written permission from the Injury Recovery/Legal Department. This report must be completed within 24 hours of an event involving an incident to an employee(s). Section 1 is to be completed by the Employee and Section 2 is to be completed by the Employee's Supervisor or the Service Center Manager. The original documents should be truck-mailed to the Compliance Department in the Corporate Headquarters.   Effective: 04/05/2017   Revised: 12/1/2021
**PLEASE CALL THE SAFETY DEPT TO REPORT ANY INCIDENT**

Service Center: **Ellenwood**   EMPLOYEE NAME: **Willie Bruce Bryant**   Male ☑ Female ☐   **F**

Badge#: **105 229**   Phone Number: **678 907 5839**   Hire Date: (mm/dd/yyyy) **4.11.2022**   **A**

Employee Home Address: **2047 Cliffton Terrace Snellville GA 30039**   **X**

Employee's usual job title (e.g. Loader, Unloader, P&D driver): **P+D driver**

Employee's regular scheduled shift: FROM **10 :00** am/pm TO **8 :00** am/pm M,T,W,TH,F,SA, SU (circle days worked)

Date of Incident: **6.30.22**   Time of Incident: **1200 :** am/pm   Email Address: **Willie.bryant6@icloud.c**   **9**

Date Reported: **7.2.22**   Time Reported: **03 :00** am/pm   Reported to: **Ike Wheeler**

Name and Address where incident occurred: **Gainesville .GA**   **3**

If the incident occurred on company premises, please identify exact location (i.e. Dock door 46, parking lot, department, inside/outside etc.): **Tractor   4139**   **7**

Injury/Illness resulted in: Prescription ☐   Medical Treatment ☑   First Aid Only ☐   No Care ☐   **-**

Was first Aid administered: ☑ Yes   ☐ No  If yes, what treatment: **Wellstar Medical Center**   **5**

If Medical Treatment was received, please answer the following questions:
First date of treatment: **7. 1. 2022**   (Medical reports need to be submitted with this form.)   **5**

Physicians and/or Clinic name, address and phone number: **Amir D Mohammed, MD**   **5**
**Wellstar Medical Center Atlanta GA   404 265 4136**   **6**

Have you ever had similar injury/illness/complaints in the past: ☑ Yes ☐ No   If yes, when: **12.6.2021**

Have you received medical treatment in the past: ☑ Yes ☐ No  If yes, list medical provider's name, address and phone number:   **-**
**Piedmont eastside Medical Center DVT in left lower**
**leg Amardeep S Mann MD 770 979 0200**   **3**

**DESCRIPTION OF WHAT HAPPENED:**   **6**

Describe the activity you were doing as well as the tools, equipment, or material you were using; tell us how the incident occurred, and what object or substance directly harmed you and if you sustained any injury. **Be specific.** *EXAMPLE:* I was carrying what tools while climbing what type of ladder when the ladder slipped, I fell 20 feet to concrete floor injuring my left ankle and left elbow.   **1**

**Bryant was driving tractor 4139 Performing his normal duties spoke with Shelia Louis claims adjuster on 6.30.22 Bryant complained of leg pain. Louis authorized treatment. at the end of shift Bryant reported to Concentra Urgent Care Bryant was ordered to seek treatment at wellstar, Bryant admitted for DVT in Right lower leg**   **4**

Any Photos Taken of the injury / scene of the incident: ☐ Yes ☑ No   (Photos must be forwarded to Safety immediately)

Witnesses: List Name(s) and contact information. Indicate if witness is our employee, vendor, customer or civilian.
1) **Shelia Louis   770 225 5912   (Sheila Louis)**
   **Correct Spelling**
2) _____
3) _____

2

## Section 1a BODY PART AFFECTED (check/shade all body parts affected)

| Head & Neck | Upper Extremities | Trunk | Lower Extremities |
|---|---|---|---|
| ☐ Scalp | **Right** | ☐ Upper back | **Right** |
| ☐ Skull | ☐ Shoulder | ☐ Middle back | ☐ Thigh |
| ☐ Neck | ☐ Upper Arm | ☐ Lower back | ☐ Knee |
| ☐ Ear (s) | ☐ Elbow | ☐ Chest | ☑ Shin |
|   ☐ Right | ☐ Forearm | ☐ Abdomen | ☑ Calf |
|   ☐ Left | ☐ Wrist | ☐ Hip (s) | ☐ Ankle |
|   ☐ Both | ☐ Hand |   ☐ Right | ☐ Foot |
| ☐ Eye (s) | ☐ Finger (s) |   ☐ Left | ☐ Toe (s) |
|   ☐ Right |   ☐ Thumb 1st | ☐ Groin |   ☐ Big 1st |
|   ☐ Left |   ☐ Index 2nd |   ☐ Right |   ☐ 2nd |
|   ☐ Both |   ☐ Middle 3rd |   ☐ Left |   ☐ 3rd |
| |   ☐ Ring 4th | ☐ Side |   ☐ 4th |
| |   ☐ Pinky 5th |   ☐ Right |   ☐ Little 5th |
| ☐ Mouth | **Left** |   ☐ Left | **Left** |
| ☐ Teeth | ☐ Shoulder | | ☐ Thigh |
| ☐ Face | ☐ Upper Arm | ☐ None | ☐ Knee |
| | ☐ Elbow | | ☐ Shin |
| ☐ None | ☐ Forearm | | ☐ Calf |
| | ☐ Wrist | | ☐ Ankle |
| | ☐ Hand | | ☐ Foot |
| | ☐ Finger (s) | | ☐ Toe (s) |
| |   ☐ Thumb 1st | |   ☐ Big 1st |
| |   ☐ Index 2nd | |   ☐ 2nd |
| |   ☐ Middle 3rd | |   ☐ 3rd |
| |   ☐ Ring 4th | |   ☐ 4th |
| |   ☐ Pinky 5th | |   ☐ Little 5th |

## Section 1b NATURE/TYPE (check all applicable items)

| | | | | |
|---|---|---|---|---|
| ☐ Abrasion/Scrape | ☐ Crushing Injury | ☐ Fracture | ☐ Open Wound | ☐ Fatality |
| ☐ Amputation | ☐ Dislocation | ☐ Hernia | ☐ Pinch | ☐ Exposure (Pro #) |
| ☐ Animal Bite | ☐ Electrocution | ☐ Insect Bite/Sting | ☐ Puncture | |
| ☐ Bruise/Contusion | ☐ Exposure | ☐ Laceration/Cut | ☐ Skin Irritation | ☑ Other |
| ☐ Burn, Chemical | ☐ Eye Irritation | ☐ Loss of Consciousness | ☑ Swelling | Acute DVT |
| ☐ Burn, Thermal | ☐ Foreign Body | | ☐ Strain/Sprain | Right lower Calf |
| | ☐ Foreign Body (Embedded) | | | |

## Section 1c ACTIVITY INFORMATION (check all applicable items)

| | | | |
|---|---|---|---|
| ☐ Bending | ☐ Kneeling/ Crouching | ☑ Standing | Handling what? (Pro #) |
| ☐ Carrying | ☐ Lifting/ Lowering | ☐ Struck By | _____ |
| ☐ Caught Between/ In /Under | ☐ Pulling | ☐ Squatting | _____ |
| ☐ Climbing, up | ☐ Pushing | ☐ Trip | ☐ Other |
| ☐ Climbing, down | ☐ Reaching/ Stretching | ☐ Twisting | |
| ☐ Driving/ Riding | ☐ Rubbed | ☐ Walking, flat surface | |
| ☐ Fall- Different Level | ☐ Running | ☐ Walking, up stairs/ramp | Dimensions:      Weight: |
| ☐ Fall- Same Level | ☑ Sitting | ☐ Walking, down stairs/ramp | |
| ☐ Jumping | ☐ Slip/ Slipping | | |

I attest that the above is true and correct to the best of my knowledge. I am aware that the law provides for severe penalties if I knowingly and with fraudulent intent withhold facts or make false statements in order to obtain or increase benefits to which I am not entitled. I have received, read, understand and will comply with the Worker's Compensation Procedures outlined in Section 310 of the Employee Handbook and I understand that I may be disciplined if I do not abide by all procedures.

| Employee Signature | Date |
|---|---|
| Willie Bruce Bryant | 7. 2. 2022 |

F A X 9 3 7 - 5 5 6 - 3 6 1 4



# STATE BOARD OF WORKERS' COMPENSATION
601 Broad Street, SE
Suite D
Gainesville, GA 30501
www.sbwc.georgia.gov
(770) 531-5625

REFERENCE ID: 20742743
DATE:  July 18, 2022                         CASE OF:  WILLIE B BRYANT
PRESIDING ALJ:  DAVID K IMAHARA
CLAIM NUMBER:           2022-070656          DATE OF INJURY:   06/30/2022

WILLIE B BRYANT                              EMPLOYEE
2047 CLIFTON TERRACE
SNELLVILLE, GA 30039

R&L CARRIERS, INC.(ELLENWOOD)                EMPLOYER
2975 FOREST PKWY
ELLENWOOD, GA 30294

HARTFORD ACCIDENT & INDEMNITY                INSURER
COMPANY
ONE HARTFORD PLAZA
HARTFORD, CT 06155

WC-14 NOTICE OF CLAIM

# GEORGIA STATE BOARD OF WORKERS' COMPENSATION

Check only one: ☐ NOTICE OF CLAIM ONLY   ☐ REQUEST HEARING / NOTICE OF CLAIM   ☐ REQUEST FOR MEDIATION / NOTICE OF CLAIM
Complete a new Form WC-14 to add an additional employer, insurer or to add date of injury.
If you need additional space, do not alter this form, but instead attach additional sheets. Must be typed or printed in black ink.

| Board Claim No. | Employee Last Name Bryant | Employee First Name Willie | M.I. B | Date of Injury 6. 30. 2022 |

## A. CLAIM INFORMATION

| EMPLOYEE | Birthdate 12.20.1967 | County of Injury Hall | Mailing Address 2047 Clifton terrace |
| Employee E-mail Willie.bryantb@icloud.com | | City Snellville | State GA | Zip Code 30039 |
| EMPLOYER | Name R+L Carriers | | INSURER/SELF-INSURER | Name Hartford | SBWC# (five digit #) 10089 |
| Mailing Address 2975 Forest PKWY | | | Mailing Address 1 Hartford Plaza | | |
| City Ellenwood | State GA | Zip Code 30294 | City Hartford | State CT | Zip Code 06155 |
| Employer E-mail | | | Insurer E-mail | | |

| ATTORNEY FOR EMPLOYEE/CLAIMANT | Name | | ATTORNEY FOR EMPLOYER/INSURER | Name | |
| Mailing Address | | GA Bar Number | Mailing Address | | GA Bar Number |
| City | State | Zip Code | City | State | Zip Code |
| Attorney E-mail | | | Attorney E-mail | | |

| 1. Part of Body Injured Right lower leg | 2 First Date Disabled 6. 30. 2022 | 3. If Fatal – Enter complete date of death Claimants for death benefits (list names & addresses) attach additional sheets |
| 4. Description of Accident DVT BloodClot from sitting Driving Truck 413G | | |

## B. HEARING / MEDIATION ISSUES

| ☑ Income Benefits | ☐ TTD(Dates) | ☑ Medical Benefits | List Benefits: |
| | ☐ TPD(Dates) | | |
| | ☑ PPD(Dates) 6.30.2022 | ☐ Suspension / Termination Request | Effective Date |
| ☐ Dependency Benefits | ☐ Burial Expenses | Reason: | |
| ☐ Penalties / Assessed Attorney Fees | | | |
| ☐ §34-9-221e   ☐ §34-9-108b (1)   ☐ §34-9-108b(2)   ☐ Other | | |
| ☐ Request for Catastrophic Designation | | ☐ Appeal of Rehabilitation Decision | Specify |
| ☑ Other Hearing Issues | Specify R+LCarriers refused to file report of injury 6.30.2022 | Additional Board Claim Numbers which will be involved (if any): ☐ (Complete a separate form WC14 for each date of accident) | |

## C. AFFIRMATION OF FILING PARTY

☑ I, [the person whose name appears above], attest and affirm that all information contained herein is true and correct to the best of my knowledge. I understand that knowingly giving false information to obtain or deny workers' compensation benefits subjects me to civil and criminal penalties.

## D. ENTRY OF APPEARANCE

☐ I hereby certify to the existence of a valid fee contract in compliance with Board Rule 108 or a Form WC-102B in compliance with Board Rule 102. (fee contract or WC-102B has been previously filed or is attached)

## E. CERTIFICATE OF SERVICE

☐ I hereby certify that I have today sent a copy of this form to all of the parties and have sent this form to the State Board of Workers' Compensation, 270 Peachtree St. NW, Atlanta, Georgia 30303-1299.

| Print Name Willie Bruce Bryant | Signature Willie Bruce Bryant | Date 7.6.2022 |
| Phone Number 678 9075839 | E-mail willie.bryantb@icloud.com | |

IF YOU HAVE QUESTIONS PLEASE CONTACT THE STATE BOARD OF WORKERS' COMPENSATION AT 404-656-3818 OR 1-800-533-0682 OR VISIT http://www.sbwc.georgia.gov

WILLFULLY MAKING A FALSE STATEMENT FOR THE PURPOSE OF OBTAINING OR DENYING BENEFITS IS A CRIME SUBJECT TO PENALTIES OF UP TO $10,000.00 PER VIOLATION (O.C.G.A. §34-9-18 AND §34-9-19).

Work/School Excuse Letter



WS ATLANTA MEDICAL CENTER HOSPITAL
WELLSTAR ATLANTA MEDICAL CENTER EMERGENCY
303 PARKWAY DRIVE NE
ATLANTA GA 30312-1212
Dept: 404-265-4136
Loc: 404-265-4000

Patient:     **Willie Bryant**
Date of Birth: **12/20/1967**
Date of Visit: **7/1/2022**

To Whom It May Concern:

Willie Bryant was seen and treated in our emergency department on 7/1/2022. He may return to work on
07/06/22.

If you have any questions or concerns, please don't hesitate to call.

**The vision of WellStar Health System** is to deliver world-class healthcare through our hospitals,
physicians and services. Our not-for-profit health system includes WellStar Atlanta Medical Center, Atlanta
Medical Center South, Cobb, Douglas, Kennestone Regional Medical Center, North Fulton, Paulding, Spalding
Regional, Sylvan Grove, West Georgia Medical Center and Windy Hill hospitals; WellStar Medical Group;
Health Parks; Urgent Care Centers; Health Place; Homecare; Hospice; Atherton Place; Paulding Nursing
Center; and WellStar Foundation. For more information, call 770-956-STAR or visit wellstar.org.

**EMPLOYER SOLUTIONS NATIONAL CLINICAL ACCOUNT**
**SPECIMENS MUST BE TESTED IN A QLS LABORATORY**

**Originated From:**
**Concentra Enterprise**
**1121 Airport North Hapeville**

**Performing Facility:**
**Outside Facility/Radiology - OCCM**

**Lab Requisition #:  91089246**

3580 Atlanta Ave
Hapeville,GA 30354
(404) 768-3351
**Account #:**

---

**Patient:** Willie Bryant
2047 Cliffton Terrace
SNELLVILLE, GA 30039

**Patient ID:** 102-825-139          **Sex:** M

**DOB:** 20-Dec-1967

**Other #:**
**Other2 #:**(678)907-5839

**Home:** (678) 907-5839
**Work:** (770) 368-4200
**PCP:**
**OP :** Clement  Ncho, PA-C  -  [9594]

**NPI:**    1346543212

**Appt. Location:**     GA-AIRPORT NORTH HAPEVILLE

**Bill Type:** C

---

**» - [Doppler Duplex Color Flow Venous Ultrasound of Left Lower Extremity] - [DDCLLE]**

**Order #:**   TW1990231760

| **Date Ordered** | **Approving Provider** | **CPT4 Code** | **Patient Instructions** |
|---|---|---|---|
| 01-Jul-2022 | Nicola Lee [NPI:1972620409] | | |

Electronic Signature

**To Be Done Date**  **Priority**   **Status**              **Performing Location Comments**
01 Jul 2022        Stat         Active

**Encounter Date**   **Collected Date/Time**
30-Jun-2022

**Prompts**

**Problems**

History of DVT (deep vein thrombosis) (V12.51)(Z86.718)
Pain of back and left lower extremity (724.5,729.5)(M54.9,M79.605)

**Order Requisition**

Name: Willie Bryant | DOB: 12/20/1967 | MRN: 564566675 | PCP: Pcp No, MD

# US VAS DUPLEX LOWER EXT VENOUS BILAT - Details

## Study Result

Impression

. .

Right lower extremity DVT involving the mid/distal femoral vein, popliteal vein and popliteal veins.

No left lower extremity DVT.

Released By: MILIND PATEL, MD 7/1/2022 4:31 AM

Narrative

EXAM: AM US VAS DUPLEX LOWER EXT VENOUS BILAT

CLINICAL INDICATION: DVT Hx

TECHNIQUE: Grayscale and compression images were obtained with spectral and color Doppler.

COMPARISON: No comparisons are available at this time.

FINDINGS:

The right mid femoral vein, distal femoral vein, popliteal vein and calf veins are not compressible. The right common femoral is free of internal echoes, are compressible and return appropriate duplex Doppler and color flow signal at all levels sampled.

The left common femoral, femoral, popliteal and visualized calf veins are free of internal echoes, are compressible and return appropriate duplex Doppler and color flow signal at all levels sampled.

## Component Results

There is no component information for this result.

## General Information

Ordered by Anna M Kirsch

Collected on 07/01/2022 4:21 AM

Resulted on 07/01/2022 4:31 AM

Result Status: Final result

This test result has been released by an automatic process.

**Results are now available to patients and physicians at the same time. Please allow your physician and care team at least two business days to contact you about abnormal results. For more information about patient record transparency, please click here**

MyChart® licensed from Epic Systems Corporation © 1999 - 2022



# WRITTEN DISCHARGE INFORMATION

**Willie Bryant**  DoB: 12/20/1967    📅 7/1/2022  📍 Wellstar Atlanta Medical Center Emergency 404-265-4136

Instructions



**Your medications have changed today**

See your updated medication list for details.



**Pick up these medications at CVS/pharmacy #2101 - SNELLVILLE, GA - 3010 HIGHWAY 124 AT ACROSS FROM EVERSON POINT**

apixaban • aspirin • atorvastatin

Address:      3010 HIGHWAY 124, SNELLVILLE GA 30039
Phone:        770-736-6601



**Schedule an appointment with Marcus C Sims, MD as soon as possible for a visit in 1 week (around 7/8/2022)**

Specialty: Cardiology
Contact: 766 Walther Road
          Suite 100
          Lawrenceville GA 30046
          678-312-9100



**Follow up with Pcp No, MD**

Today's Visit
You were seen by Amir D Mohammed, MD

**Reason for Visit**
Leg Pain

**Diagnosis**
Acute deep vein thrombosis (DVT) of right lower extremity, unspecified vein

**🔬 Lab Tests Completed**
APTT
Brain Natriuretic Peptide (BNP)
CBC and differential
COVID-19 Rapid(Abbott),PCR Indication for Test: Asymptomatic - Clearance for other (not for procedures); Hospitalized for COVID 19: No; Admitted to ICU for COVID-19: No; Symptomatic? No
Comprehensive metabolic panel
D-Dimer
Protime-INR
Troponin I

## Today's Visit (continued)

 **Imaging Tests**
US vascular duplex lower venous legs bilateral

 **Medications Given**
apixaban (ELIQUIS) Last given at 8:35 AM
aspirin Last given at 8:38 AM
atorvastatin (LIPITOR) Last given at 8:35 AM
methocarbamoL (ROBAXIN) Last given at 3:26 AM



Blood Pressure
134/82

Temperature
97.7 °F

Pulse
69

Respiration
18

Oxygen Saturation
92%

What's Next
You currently have no upcoming appointments scheduled.

You are allergic to the following
No active allergies

# Changes to Your Medication List

ⓘ If you have any questions about this medication list, please talk to your doctor at your next appointment. You may use this form to make notes about any medications that you have stopped or started taking, including over the counter medications. Bring the form with you to the appointment as a reminder to discuss with your doctor.

## START taking these medications



**apixaban** 5 mg tablet
Commonly known as: ELIQUIS
For: blood clot in a deep vein of the extremities

Take 2 tablets (10 mg) by mouth 2 times daily for 7 days, then take 1 tablet (5 mg) by mouth 2 times daily for 23 days. Indications: blood clot in a deep vein of the extremities

## CHANGE how you take these medications



**aspirin** 81 MG tablet, delayed release

Take 1 tablet (81 mg total) by mouth daily for 30 days
What changed: **when to take this**

## CONTINUE taking these medications



**atorvastatin** 80 MG tablet
Commonly known as: LIPITOR

Take 1 tablet (80 mg total) by mouth daily for 30 days

## STOP taking these medications



**ticagrelor** 90 mg tablet
Commonly known as: BRILINTA

---

MyChart Sign-Up
Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://mychart.wellstar.org/mychart/**, click "Sign Up Now", and enter your personal activation code: **F4XN6-MB2KW-3PZ6T**. Activation code expires 8/30/2022.

---

**For further follow up if needed, please call Wellstar doctor referral line at 470-956-STAR (7827).**

## Additional Information

You now have even more access to your medical information and easier electronic access to your medical records. All test results (excluding HIV and genetics) and provider notes will be released via the Wellstar MyChart patient portal as soon as they are available. **If you do not already use MyChart, please sign up today at https://mychart.wellstar.org/.**

## Two Ways to Request Your Medical Records Electronically

1.  You can request your records via your MyChart account by using the MyChart App on your smart phone or logging into: https://mychart.wellstar.org/. Select "Your Menu", then "Request My Records". For MyChart support, call (470) 644-0419 or email mycharthelp@wellstar.org.
2.  You can also request your records from our Online Patient Request Portal from your smart phone, tablet or computer: https://www.swellbox.com/wellstar-health-wizard.html or scan this QR code with your phone or tablet camera:



# When to Use the Emergency Room (ER)

An emergency means you could die if you don't get care quickly. Or you could be hurt permanently (disabled). Read below to know when to use—and when not to use—an emergency room (ER).



# Dangers to your life

Here are examples of emergencies. This is not a complete list. These need immediate care:

- A hard time breathing (shortness of breath)
- Severe chest pain or pressure

- A fast or pounding heartbeat (palpitations) or fluttering in your heart
- Choking
- Severe bleeding
- Suddenly unable to move or speak
- Suddenly not being able to feel an arm or a leg
- Blacking out (fainting)`
- Poisoning
- Coughing or vomiting blood
- Severe or lasting vomiting or diarrhea
- Severe belly (abdominal) pain
- Changes in mental status or confusion, trouble waking up, abnormal behavior
- Changes in vision
- Sudden onset of the "worst headache of your life"
- Suicidal thoughts
- Thoughts of harming another person

## Dangers of permanent injuries

Here are other emergencies. These also need care right away:

- Deep cuts or severe burns
- Broken bones, or sudden severe pain and swelling in a joint

## When it's an emergency

If you have an emergency, follow the steps below.

## 1. Go to the nearest emergency room

- If you can, go to the hospital ER closest to you right away.
- If you can't get there right away, or if it isn't safe to move the person who is hurt or take yourself, call 911 or your police emergency number.

## 2. Call your primary care doctor after the emergency care

- Tell your health about the emergency. Call within 24 hours of going to the ER.
- If you can't call, have someone call for you.
- Go to your doctor (not the ER) for any follow-up care.

## When it's not an emergency

If a problem is not an emergency, follow these steps:

## 1. Call your primary care doctor

- If you don't know the name of your doctor, call your health insurance plan.
- If you can't call, have someone call for you.
- If you don't have a primary care doctor, try visiting an urgent care center or walk-in clinic.

## 2. Follow instructions

- Your doctor will tell you what you should do.
- You may be told to see your doctor right away. You may be told to go to the ER. Or you may be told to go to an urgent care center.
- Follow your doctor's advice.

**StayWell last reviewed this educational content on 6/1/2020**

© 2000-2021 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

**Injury and Occupational Incident Report** | 1

## Section 1

*E-mail completed reports to e-mail address Injury_Recovery@rlcarriers.com or Right Fax: 937-556-3614.*
This is a CONFIDENTIAL REPORT for use by R+L Carriers Shared Services, LLC and its Affiliate companies. A copy of this report shall not be furnished to anyone including employees and outside agencies without written permission from the Injury Recovery/Legal Department. This report must be completed within 24 hours of an event involving an incident to an employee(s). Section 1 is to be completed by the Employee and Section 2 is to be completed by the Employee's Supervisor or the Service Center Manager. The original documents should be truck-mailed to the Compliance Department in the Corporate Headquarters.   Effective: 04/05/2017   Revised: 5/13/2020
**PLEASE CALL THE SAFETY DEPT TO REPORT ANY INCIDENT**

Service Center: **Ellewood**   EMPLOYEE NAME: **Willie Bruce Bryant**   Male ☑ Female ☐

Badge#: **105229**   Phone Number: **678 907 5839**   Hire Date: (mm/dd/yyyy) **4.11.22**

Employee Home Address: **2047 Cliffton Terrace Snellville Ga 30039**

Employee's usual job title (e.g. Loader, Unloader, P&D driver): _____

Employee's regular scheduled shift: FROM **09:30** am/pm TO **08:30** am/pm M,T,W,TH,F,SA, SU (circle days worked)

Date of Incident: **6.9.2022**   Time of Incident: **07:00** am/pm

Date Reported: **6.10.2022** Time Reported: **07:00** am/pm   Reported to: **Recovery@RLcarrier**

Name and Address where incident occurred: **2975 Forest Pkwy Ellenwood Ga 30294**

If the incident occurred on company premises, please identify exact location (i.e. Dock door 46, parking lot, department, inside/outside etc.): **Tractor PS 38**

Injury/Illness resulted in:  Prescription ☐   Medical Treatment ☑   First Aid Only ☐   No Care ☐

Was first Aid administered: ☐ Yes  ☐ No  If yes, what treatment: _____

If Medical Treatment was received, please answer the following questions:
First date of treatment: **6.9.2022**   (Medical reports need to be submitted with this form.)

Physicians and/or Clinic name, address and phone number: **Piedmont Eastside Medical 1700 Medical way Snellville GA 30078 770 9790200**

Have you ever had similar injury/illness/complaints in the past? ☐ Yes ☑ No  If yes, when: _____

Have you received medical treatment in the past? ☐ Yes ☑ No  If yes, list medical provider's name, address and phone number: _____

**DESCRIPTION OF WHAT HAPPENED:**
Describe the activity you were doing as well as the tools, equipment, or material you were using; tell us how the incident occurred, and what object or substance directly harmed you and if you sustained any injury. *Be specific.* EXAMPLE: I was carrying what tools while climbing what type of ladder when the ladder slipped. I fell 20 feet to concrete floor injuring my left ankle and left elbow.

**Normal duties P&D deliveries driving Tractor PS 38 felt pain in my lower left leg observed swelling in my calf and sought treatment**

Any Photos Taken of the injury / scene of the incident: ☐ Yes ☑ No   (Photos must be forwarded to Safety immediately)

**Witnesses:** List Name(s) and contact information. Indicate if witness is our employee, vendor, customer or civilian.
1) _____
2) _____
3) _____

FAX 9 3 7 - 5 5 6 3

2

## Section 1a BODY PART AFFECTED (check/shade all body parts affected)

| Head & Neck | Upper Extremities | Trunk | Lower Extremities |
|---|---|---|---|
| ☐ Scalp | **Right** | ☐ Upper back | **Right** |
| ☐ Skull | ☐ Shoulder | ☐ Middle back | ☐ Thigh |
| ☐ Neck | ☐ Upper Arm | ☐ Lower back | ☐ Knee |
| ☐ Ear (s) | ☐ Elbow | ☐ Chest | ☐ Shin |
| ☐ Right | ☐ Forearm | ☐ Abdomen | ☐ Calf |
| ☐ Left | ☐ Wrist | ☐ Hip (s) | ☐ Ankle |
| ☐ Both | ☐ Hand | ☐ Right | ☐ Foot |
| ☐ Eye (s) | ☐ Finger (s) | ☐ Left | ☐ Toe (s) |
| ☐ Right | ☐ Thumb 1st | ☐ Groin | ☐ Big 1st |
| ☐ Left | ☐ Index 2nd | ☐ Right | ☐ 2nd |
| ☐ Both | ☐ Middle 3rd | ☐ Left | ☐ 3rd |
| | ☐ Ring 4th | ☐ Side | ☐ 4th |
| ☐ Mouth | ☐ Pinky 5th | ☐ Right | ☐ Little 5th |
| ☐ Teeth | **Left** | ☐ Left | **Left** |
| ☐ Face | ☐ Shoulder | | ☐ Thigh |
| | ☐ Upper Arm | ☐ None | ☐ Knee |
| ☐ None | ☐ Elbow | | ☐ Shin |
| | ☐ Forearm | | ☑ Calf |
| | ☐ Wrist | | ☐ Ankle |
| | ☐ Hand | | ☐ Foot |
| | ☐ Finger (s) | | ☐ Toe (s) |
| | ☐ Thumb 1st | | ☐ Big 1st |
| | ☐ Index 2nd | | ☐ 2nd |
| | ☐ Middle 3rd | | ☐ 3rd |
| | ☐ Ring 4th | | ☐ 4th |
| | ☐ Pinky 5th | | ☐ Little 5th |

F
A
X

9
3
7
-

## Section 1b NATURE/TYPE (check all applicable items)

| | | | | |
|---|---|---|---|---|
| ☐ Abrasion/Scrape | ☐ Crushing Injury | ☐ Fracture | ☐ Open Wound | ☐ Fatality |
| ☐ Amputation | ☐ Dislocation | ☐ Hernia | ☐ Pinch | ☐ Exposure (Pro #) |
| ☐ Animal Bite | ☐ Electrocution | ☐ Insect Bite/Sting | ☐ Puncture | _____ |
| ☐ Bruise/Contusion | ☐ Exposure | ☐ Laceration/Cut | ☐ Skin Irritation | |
| ☐ Burn, Chemical | ☐ Eye Irritation | ☐ Loss of Consciousness | ☐ Swelling | ☐ Other |
| ☐ Burn, Thermal | ☐ Foreign Body | | ☐ Strain/Sprain | _____ |
| | ☐ Foreign Body (Embedded) | | | _____ |

5
5
6

## Section 1c ACTIVITY INFORMATION (check all applicable items)

| | | | |
|---|---|---|---|
| ☐ Bending | ☐ Kneeling/ Crouching | ☐ Standing | Handling what? (Pro #) |
| ☐ Carrying | ☐ Lifting/ Lowering | ☐ Struck By | _____ |
| ☐ Caught Between/ In /Under | ☐ Pulling | ☐ Squatting | |
| ☐ Climbing, up | ☐ Pushing | ☐ Trip | ☐ Other |
| ☐ Climbing, down | ☐ Reaching/ Stretching | ☐ Twisting | |
| ☐ Driving/ Riding | ☐ Rubbed | ☐ Walking, flat surface | |
| ☐ Fall- Different Level | ☐ Running | ☐ Walking, up stairs/ramp | Dimensions:      Weight: |
| ☐ Fall- Same Level | ☐ Sitting | ☐ Walking, down stairs/ramp | |
| ☐ Jumping | ☐ Slip/ Slipping | | |

-
3
6
1
4

I attest that the above is true and correct to the best of my knowledge. I am aware that the law provides for severe penalties if I knowingly and with fraudulent intent withhold facts or make false statements in order to obtain or increase benefits to which I am not entitled. I have received, read, understand and will comply with the Worker's Compensation Procedures outlined in Section 310 of the Employee Handbook and I understand that I may be disciplined if I do not abide by all procedures.

| Employee Signature *Willie Bruce Bryant* | Date *6. 10. 2022* |
|---|---|

June 10, 2022                                                     Piedmont

---

**Patient:**        Willie Bruce Bryant       **Department**    PIEDMONT EASTSIDE
**Date of Birth:**  12/20/1967                **Information:**   MEDICAL
**Date of Visit:**  6/9/2022                                    PIEDMONT EASTSIDE
                                                                MEDICAL EMERGENCY
                                                                DEPARTMENT MAIN
                                                                CAMPUS
                                                                1700 MEDICAL WAY
                                                                SNELLVILLE GA 30078-
                                                                2915
                                                                770-979-0200

---

To Whom It May Concern:

Willie Bryant was seen and treated in our emergency department on 6/9/2022.
He may return to work on 06/11/2022.


If you have any questions or concerns, please don't hesitate to call.


Nerissa Jackson, PA

# AFTER VISIT SUMMARY

**Piedmont** HEALTH

**Willie B. Bryant** MRN: 909213759

📅 6/9/2022  📍 Piedmont Eastside Medical Emergency Department Main Campus 770-736-2440

## Instructions



**Read the attached information**
Peripheral Edema (English)



**Follow up with Follow up with your Primary Care Physician in 3 days (around 6/13/2022)**

## What's Next

**SEP 13 2022**  **Office Visit with Marcus Sims, MD**
Tuesday September 13 3:00 PM
Please arrive 15 minutes prior to your appointment time.

Piedmont Heart at Eastside
1700 Tree LN
Ste 190
Snellville GA
30078-6766
770-736-6300

## Today's Visit

You were seen by Nerissa Jackson, PA

**Reason for Visit**
Leg Pain

**Diagnosis**
Edema of left lower leg

 **Imaging Tests**
Ultrasound

 Blood Pressure
**137/59**

 Temperature (Oral)
**98.7 °F**

 Pulse
**71**

Respiration
**18**

 Oxygen Saturation
**97%**

## MyChart Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to https://mychart.piedmont.org/prd/accesscheck.asp, click "Sign Up Now", and enter your personal activation code: 7ST2Z-D9WW6-VQ2FX. Activation code expires 9/7/2022.

# Your Medication List

ASK your doctor about these medications

**(?)** **aspirin** 81 mg EC tablet
ASK

Take 81 mg by mouth daily. Take with food.

**(?)** **atorvaSTATin** 80 mg tablet
ASK Commonly known as: LIPITOR

Take 1 tablet (80 mg total) by mouth daily.

**(?)** **clopidogreL** 75 mg tablet
ASK Commonly known as: PlaVIX

Take 1 tablet (75 mg total) by mouth daily.

**(?)** **Eliquis** 5 mg tablet
ASK Generic drug: apixaban

Take 5 mg by mouth 2 (two) times daily.

**(?)** **ticagrelor** 90 mg Tab
ASK Commonly known as: BRILINTA

Take 1 tablet (90 mg total) by mouth 2 (two) times daily.

Your Allergies
No active allergies

Date Reviewed: 6/9/2022

 Attached Information                                            Peripheral Edema (English)

# Peripheral Edema



Peripheral edema is swelling that is caused by a buildup of fluid. Peripheral edema most often affects the lower legs, ankles, and feet. It can also develop in the arms, hands, and face. The area of the body that has peripheral edema will look swollen. It may also feel heavy or warm. Your clothes may start to feel tight. Pressing on the area may make a temporary dent in your skin. You may not be able to move your swollen arm or leg as much as usual.

There are many causes of peripheral edema. It can happen because of a complication of other conditions such as congestive heart failure, kidney disease, or a problem with your blood circulation. It also can be a side effect of certain medicines or because of an infection. It often happens to women during pregnancy. Sometimes, the cause is not known.

## Follow these instructions at home:

**Managing pain, stiffness, and swelling**



- Raise (*elevate*) your legs while you are sitting or lying down.
- Move around often to prevent stiffness and to lessen swelling.
- **Do not** sit or stand for long periods of time.
- Wear support stockings as told by your health care provider.

**Medicines**

- Take over-the-counter and prescription medicines only as told by your health care provider.
- Your health care provider may prescribe medicine to help your body get rid of excess water (*diuretic*).

**General instructions**

- Pay attention to any changes in your symptoms.
- Follow instructions from your health care provider about limiting salt (*sodium*) in your diet. Sometimes, eating less salt may reduce swelling.
- Moisturize skin daily to help prevent skin from cracking and draining.
- Keep all follow-up visits as told by your health care provider. This is important.

## Contact a health care provider if you have:

- A fever.
- Edema that starts suddenly or is getting worse, especially if you are pregnant or have a medical condition.
- Swelling in only one leg.
- Increased swelling, redness, or pain in one or both of your legs.
- Drainage or sores at the area where you have edema.

## Get help right away if you:

- Develop shortness of breath, especially when you are lying down.
- Have pain in your chest or abdomen.
- Feel weak.
- Feel faint.

## Summary

- Peripheral edema is swelling that is caused by a buildup of fluid. Peripheral edema most often affects the lower legs, ankles, and feet.
- Move around often to prevent stiffness and to lessen swelling. **Do not** sit or stand for long periods of time.
- Pay attention to any changes in your symptoms.
- Contact a health care provider if you have edema that starts suddenly or is getting worse, especially if you are pregnant or have a medical condition.
- Get help right away if you develop shortness of breath, especially when lying down.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 09/11/2019 Document Reviewed: 09/11/2019
Elsevier Patient Education © 2021 Elsevier Inc.

Patient Follow-up Responsibility
**You have been referred to a provider for follow-up care. It is your responsibility to arrange an appointment within the suggested time frame with this provider or a provider of your choosing.**

**The patients who attend their follow-up appointment after an emergency room visit are less likely to have another health event that requires another emergency visit, typically have lower healthcare cost and decreased financial burden. Here at Piedmont, we value this follow-up appointment and ask that you schedule your appointment as soon as possible.**

## Patient Follow-up Responsibility (continued)

**If you need an additional Piedmont provider, please call our referral line at 678-842-6379.**

## Opiates/Sedatives Warning/Disposal Information

If you have been prescribed opioids ("pain pills", including but not limited to codeine, hydrocodone, oxycodone, tramadol, meperidine, fentanyl, morphine, and methadone) or benzodiazepines ("sedatives", including but not limited to diazepam, lorazepam, alprazolam, clonazepam, and chlordiazepoxide), please be aware that these medications have serious risks, including addiction and overdose. Please follow-up with your doctor for any ongoing pain management needs and prescriptions. If you do not need to take all of the prescribed medication, do not share it with others. Methods of disposing of leftover medication vary in different municipalities and counties. It is recommended that you refer to your local health department, local pharmacy, or sheriff's department to determine what methods are preferred or available in your community.

## Additional Resources

**Department of Behavioral health & Developmental Disabilities**

The Georgia Crisis & Access Line is available 24 hours/day, every day, to assist all people of all ages with urgent and emergent needs, including emotional distress, mental illness, addictive diseases and related developmental disabilities. 1-800-715-4225.

Incident Amendment
6.30.2022

On July 2, 2022 at approximately 0230 hours
Bryant arrived at R+L Carriers Ellenwood
GA Service Center to make a report of
injury after being discharged from Wellstar
Medical Center.

Bryant spoke with Ike Wheeler, Ike
said are you sure you work here, because
you are dressed like a pimp, Bryant
produced his badge with photo, Ike said
Oh yea, I saw an email about you,
Ike said I don't have access to
the report of injury forms you need
to see Mike Meredith, Bryant again
asked Ike for the report of injury forms
Ike said you have already filed
for workers comp, you need to see
Mike Meredith, Bryant said I need
to report a new injury of blood clots
in my right lower leg, Ike said
I don't have access to the report
of injury forms, you need to ~~~~~ report
that to your Supervisor, Bryant
said I am here to make a report
of injury, Ike said I ain't yo
Supervisor, Bryant left the service

1.

center, and placed a call to Ike from his vehicle and said I need those report of injury forms, Ike said all I have is a report of injury packet, Bryant I will be back to get it, Ike ultimately gave Bryant the report of injury forms.

On July 2 2022 Bryant placed a call to safety, to make a report of injury and spoke with Willie Wheatcraft and stated his was driving truck 4139 in Gainesville Ga on a P+D route and felt ~~pain in his~~ lower left leg and at the end of his shift went to Concentra Urgent Care located in Hapeville Ga. The physician at Concentra Urgent Care ordered Bryant to report Wellstar medical center for an ultra sound (stat), Bryant said he was admitted to Wellstar because he was diagnosed with a new blood clot in his right lower leg.

2.

Wheatcraft said I don't know how to write that up, although you were at work, it's not a work related injury.

On June 30, 2022 at approximately 1200 hours Bryant spoke to Sheila Louis Claims Adjuster. Ms. Louis emailed Bryant a list of treatment facilities and authorized Bryant to received treatment, Bryant called Louis from his hospital bed at Wellstar and told Ms Louis he was admitted for a New case of DVT in his Right lower leg, Dr Mohammed ordered Bryant see his Cardiologist Dr Sims in 1 week Bryant asked Ms Louis would that visit be authorized she said she would speak with her Supervisor and return my call.

Willie Bruce Bryant
July 2, 2022

3.